**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

NF

| In the Matter of | Case Number: |
|---|---|
| City of St. Clair Shores General Employees Retirement System, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., v. Inland Western Retail Real Estate Trust, Inc., et al. | **07 C 6174** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

City of St. Clair Shores General Employees Retirement System

| NAME (Type or print) |
|---|
| Nicholas E. Chimicles |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Nicholas E. Chimicles |
| FIRM |
| Chimicles & Tikellis LLP |
| STREET ADDRESS |
| 361 W. Lancaster Ave. |
| CITY/STATE/ZIP |
| Haverford, Pennsylvania 19041 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 610-642-8500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐