**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 1, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

NF

| In the Matter of | Case Number: |
|---|---|
| City of St. Clair Shores General Employees Retirement System, On behalf of itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., v. Inland Western Retail Real Estate Trust, Inc., et al. | **07 C 6174** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of St. Clair Shores General Employees Retirement System

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
|---|
| Alexandra R. Silverberg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Alexandra R. Silverberg |

| FIRM |
|---|
| Wolf Haldenstein Adler Freeman & Herz LLP |

| STREET ADDRESS |
|---|
| 270 Madison Avenue |

| CITY/STATE/ZIP |
|---|
| New York, New York 10016 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| | 212-545-4600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |