UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.<br><br>Plaintiff,<br><br>v.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case Number: 07 C 6174 |

**MOTION OF CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM AND MADISON INVESTMENT TRUST FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF PROPOSED CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

City of St. Clair Shores General Employees Retirement System ("City of St. Clair Shores GERS") and Madison Investment Trust ("Madison") (together referred to herein as "Movants"), respectfully submit this motion, pursuant to Section 21D(a)(3) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for an order: (i) appointing the City of St. Clair Shores GERS and Madison as Co-Lead Plaintiffs in this action and (ii) approving Movants' selection of the law firms of Chimicles & Tikellis LLP ("C&T"), Labaton Sucharow LLP ("LS") and Wolf Haldenstein Adler Freeman & Herz LLP ("WHAFH") as Co-Lead Counsel.

This Motion is based on the memorandum of law filed concurrently herewith, the Declaration of Kimberly M. Donaldson, the exhibits appended hereto, and the Court's complete files and records in this action, as well as any oral argument the Court may request on this Motion.

Dated: January 4, 2008

Respectfully submitted,

s/ Adam J. Levitt
Adam J. Levitt
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
55 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
Email: levitt@whafh.com

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
CHIMICLES & TIKELLIS LLP
One Haverford Centre

361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Lawrence A. Sucharow
Joseph Sternberg
Aya Bouchedid
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700

Lawrence P. Kolker
Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600

Thomas Michaud
Jack Timmony
VANOVERBEKE MICHAUD &
  TIMMONY, P.C.
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200

*Counsel for Movants*