## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.<br><br>Plaintiff,<br><br>v.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case Number:  07 C 6174 |

**DECLARATION OF KIMBERLY M. DONALDSON IN SUPPORT OF MOTION OF CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM AND MADISON INVESTMENT TRUST FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF PROPOSED CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL**

## DECLARATION OF KIMBERLY M. DONALDSON IN SUPPORT OF MOTION OF CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM AND MADISON INVESTMENT TRUST FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF PROPOSED CO-LEAD PLAINTIFFS' SELECTION OF CO-LEAD COUNSEL

Kimberly M. Donaldson declares under penalty of perjury as follows:

1.      I am a partner with the firm of Chimicles & Tikellis LLP, and I submit this declaration in support of City of St. Clair Shores General Employees Retirement System's ("City of St. Clair Shores GERS") and Madison Investment Trust's ("Madison") (together referred to herein as "Movants"), Motion, pursuant to Section 21D(a)(3) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Rule 42 of the Federal Rules of Civil Procedure, for an order: (i) appointing the City of St. Clair Shores GERS and Madison as Co-Lead Plaintiffs in this action and (ii) approving Movants' selection of the law firms of Chimicles & Tikellis LLP ("C&T"), Labaton Sucharow LLP ("LSR") and Wolf Haldenstein Adler Freeman & Herz LLP ("WHAFH") as Co-Lead Counsel.

2.      I am admitted to practice in the Commonwealth of Pennsylvania and State of New Jersey and before a variety of federal courts. I have been admitted *pro hac vice* in connection with the above captioned action, *City of St. Clair Shores General Employees Retirement System v. Inland Western Retail Real Estate Trust, Inc., et. al.,* 07 C 6174.

2.      Attached hereto are true and correct copies of the following

| Exhibit A | November 5, 2007 Notice of Pendency |
|-----------|-------------------------------------|
| Exhibit B | City of St. Clair Shores GERS PSLRA Certification |
| Exhibit C | Madison Investment Trust PSLRA Certification |
| Exhibit D | Chimicles & Tikellis LLP Firm Resume |

| Exhibit E | Labaton Sucharow LLP Firm Resume |
|-----------|----------------------------------|
| Exhibit F | Wolf Haldenstein Adler Freeman & Herz LLP Firm Resume |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of January, 2008.

/s/ Kimberly M. Donaldson
Kimberly M. Donaldson

2

# EXHIBIT A

Chimicles & Tikellis LLP :: Notice of Filing of Securities Class Action Against Inland Western Retail Rea... Page 1 of 2

Case 1:07-cv-06174    Document 18-2    Filed 01/04/2008    Page 5 of 10





News & Information

*We tell your story to the world.*

Home | Upload Release | Today's News | Multimedia News | Industry Focus | International | Our Services | Investing Public | About Us | Contact Us

## Notice of Filing of Securities Class Action Against Inland Western Retail Real Estate Trust, Inc., Certain of Its Directors, Officers and Affiliates, and William Blair & Company, L.L.C.



HAVERFORD, Pa., Nov. 5 /PRNewswire-USNewswire/ -- The law firms of Chimicles & Tikellis LLP, Labaton Sucharow LLP and Wolf Haldenstein Adler Freeman & Herz LLP announce that a securities class action complaint has been filed in the United States District Court for the Northern District of Illinois charging Inland Western Retail Real Estate Trust, Inc. ("Inland REIT"), certain of its directors, officers and affiliates, and William Blair & Company, L.L.C. ("William Blair") with violations of Sections 14 (a) and 20 of the Securities Exchange Act of 1934, Rule 14a-9 promulgated thereunder, and/or state law claims.

Inland REIT, a real estate investment trust whose stock is not traded on a national stock exchange, is primarily engaged in the acquisition and ownership of commercial real estate properties. The Complaint was filed on behalf of a proposed class ("Class") of Inland REIT's shareholders who are entitled to vote on the Schedule 14A Proxy Statement ("Proxy") that was filed with the Securities and Exchange Commission on September 10, 2007, which Proxy is alleged to be materially false and misleading. The Complaint also alleges that, by their conduct, defendants breached fiduciary duties owed to the shareholders. In addition, the Complaint includes derivative claims on behalf of Inland REIT for breaches of fiduciary duty and contract.

The Proxy seeks shareholder approval of the merger of Inland REIT with its Advisor and Property Managers for $375 million worth of Inland REIT's stock ("Internalization"). These entities, which provide Inland REIT with property management services and act as its business manager and supervisor of daily operations, are wholly-owned directly or indirectly by officers, directors and affiliates of Inland REIT. Thus, the Internalization is a $375 million self-dealing, affiliated transaction that must receive the utmost scrutiny by the Class and Inland REIT. The Complaint charges that the Internalization does not stand up to that scrutiny.

The Complaint includes allegations that:

(a) Inland REIT paid fees to the Advisor and Property Managers that were not calculated in compliance with the terms of the applicable contracts. Consequently: (i) the Advisor was overpaid by more than $60 million in 2005 and 2006; (ii) the Advisor failed to reimburse Inland REIT over $20 million in 2005 and 2006; and (iii) the Property Managers were paid above-market and, thus, excessive, fees.

(b) Financial statements included in the Proxy, which purport to support the fees historically paid to the Advisor and Property Managers and their price in the Internalization, are false and misleading.

(c) Material departures from the contract terms governing fees paid to the Advisor and Property Managers artificially distorted their earnings and, therefore, their financial and operating results that were used to justify the $375 million price to be paid in the Internalization.

(d) The Internalization is timed to evade contractual provisions that were put in place to protect Inland REIT and its shareholders from overreaching by their fiduciaries in connection with the Internalization. If those provisions had been adhered to, in all likelihood the Advisor and Property Managers would have received as little as zero cash consideration for the same transaction now costing $375 million.

(e) Distorted and inflated values have been attributed to the Advisor and the Property Managers, thereby artificially and improperly inflating the amount of consideration paid in the Internalization.

Chimicles & Tikellis LLP :: Notice of Filing of Securities Class Action Against Inland Western Retail Rea... Page 2 of 2

Case 1:07-cv-06174    Document 18-2    Filed 01/04/2008    Page 6 of 10

(f) In formulating, negotiating and recommending the Internalization, Defendants were assisted by William Blair who served as a "financial advisor" and rendered an "opinion" that $375 million for the Internalization was fair, from a financial point of view to the shareholders. This opinion, which was included in the Proxy, was inherently flawed, misleading, and masked Defendants' breaches of fiduciary duty.

In sum, those, among other, material facts were not disclosed in the Proxy, and Inland REIT's officers, directors and affiliates, who have already received millions in unearned fees from Inland REIT, have now entered into an improper transaction that constitutes a waste of Inland REIT's assets.

If you are entitled to vote on the Proxy by virtue of your ownership of Inland REIT stock, you may, no later than January 4, 2008 apply to the United States District Court, Northern District of Illinois, to be appointed as a Lead Plaintiff in this proposed class action. A Lead Plaintiff is a representative, chosen by the Court, who acts on behalf of other class members in directing the litigation. The Private Securities Litigation Reform Act of 1995 directs Courts to assume that the class member(s) with the "largest financial interest" in the outcome of the case will best serve the class in this capacity. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Chimicles & Tikellis LLP, Labaton Sucharow LLP, Wolf Haldenstein Adler Freeman & Herz LLP, or other counsel of your choice, to serve as your counsel in this Action.

If you wish to discuss this Action or have any questions concerning this Notice or your rights or interests, please contact plaintiff's counsel Nicholas E. Chimicles or Kimberly M. Donaldson toll free at 1-888-805-7848 or via email at kimdonaldson@chimicles.com. For more detailed information about the action and the firm, please visit http://www.chimicles.com

CONTACT:

Nicholas E. Chimicles Kimberly M. Donaldson CHIMICLES & TIKELLIS LLP 361 West Lancaster Avenue Haverford, PA 19041 Telephone: 610-642-8500 Fax: 610-649-3633 Website: www.chimicles.com E-Mail: kimdonaldson@chimicles.com Lawrence A. Sucharow Joseph Sternberg LABATON SUCHAROW LLP 140 Broadway New York, New York 10005 Telephone: 212- 907-0700 Fax: 212-818-0477 Website: www.labaton.com E-Mail: info@labaton.com Lawrence P. Kolker Alexander Schmidt WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP 270 Madison Avenue New York, New York 10016 Telephone: (212) 545-4600 Website: www.whafh.com Email: Kolker@whafh.com

Website: http://www.chimicles.com/
Website: http://www.labaton.com/
Website: http://www.whafh.com/

[ BOOKMARK ]

Issuers of news releases and not PR Newswire are solely responsible for the accuracy of the content.
Terms and conditions, including restrictions on redistribution, apply.

Copyright © 1996-2007 PR Newswire Association LLC. All Rights Reserved.
A United Business Media company.

icrossing /:::/

# EXHIBIT B

## CERTIFICATION

I, <u>Robert A. Hison</u>, as <u>Chairperson</u> of the City of St. Clair Shores General Employees Retirement System, ("St. Clair Shores GERS") hereby certify as follows:

1.    I am fully authorized to enter into and execute this Certification on behalf of St. Clair Shores GERS. I have reviewed a complaint prepared against Inland Western Retail Real Estate Investment Trust, Inc. ("Inland Western") alleging violations of the federal securities laws;

2.    St. Clair Shores GERS did not purchase securities of Inland Western at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.    St. Clair Shores GERS is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.    St. Clair Shores GERS purchased and currently owns 57, 321 common shares in Inland Western for which City of St. Clair Shores GERS may vote in the proposed merger transaction.

5.    St. Clair Shores GERS has not sought to serve as lead plaintiff in any class action under the federal securities laws during the last three years;

6.    Beyond its pro rata share of any recovery, St. Clair Shores GERS will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct this 30th day of October, 2007.

[NAME] Robert A. Hison
[TITLE] Chairperson
City of St. Clair Shores
General Employees Retirement System

# EXHIBIT C

## CERTIFICATION

I, Gary R. Burghart, as chief legal officer of the ultimate parcel of Madison Investment Trust ("Madison") and Northstar Acquisition Company, LLC ("Northstar") declare, as to the claims asserted under the federal securities laws, that:

1.      I am fully authorized to enter into and execute this Certification on behalf of Madison and Northstar. I have reviewed the complaint filed against Inland Western Retail Real Estate Investment Trust, Inc. ("Inland Western") and others alleging violations of the federal securities laws.

2.      Madison and Northstar did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3.      Madison and Northstar are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.      Madison purchased, beginning on December 1, 2005, and currently owns 1,997,042.03 common shares in Inland Western, for which Madison was entitled to vote in the proposed merger transaction. Northstar purchased, on May 1, 2005, and currently owns 1500 common shares in Inland Western, for which Northstar was entitled to vote in the proposed merger transaction.

5.      Neither Madison nor Northstar have sought to serve as a representative party for a class under the federal securities laws during the three years prior to the date of this Certification.

6.      Neither Madison nor Northstar will accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of January, 2008.

_____
GARY R. BURGHART