## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008, I electronically filed the Motion of City of St. Clair Shores General Employees' Retirement System and Madison Investment Trust for Appointment as Co-Lead Plaintiffs and Approval of Proposed Co-Lead Plaintiffs' Selection of Co-Lead Counsel with the Clerk of the Court using the CM/ECF system and via e-mail and UPS overnight mail on the following:

Jerold S. Solovy
James L. Thompson
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, IL 60611
jsolovy@jenner.com
jthompson@jenner.com

Harold C. Hirshman
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
hhirshman@sonnenschein.com

Samuel B. Isaacson
DLA PIPER
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
samuel.isaacson@dlapiper.com

Richard B. Kapnick
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
rkapnick@sidley.com

Dated: January 4, 2008

                                                  s/ Adam J. Levitt
                                                  Adam J. Levitt