UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.<br><br>Plaintiff,<br><br>v.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case Number: 07 C 6174 |

## NOTICE OF MOTION

**To:** All Counsel on Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, January 22, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Robert W. Gettleman, in Room 1703 in the United States District Court for the Northern District of Illinois,

Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the *Motion of City of St. Clair Shores General Employees Retirement System and Madison Investment Trust for Appointment as Co-Lead Plaintiffs and Approval of Proposed Co-Lead Plaintiffs' Selection of Co-Lead Counsel*, previously filed with the Court on January 4, 2008, an additional copy of which is attached herewith and served upon you.

**Dated:** January 10, 2008

Respectfully submitted,

/s/ Adam J. Levitt
Adam J. Levitt
**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLC**
55 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
email: levitt@whafh.com

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
**CHIMICLES & TIKELLIS LLP**
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

Lawrence A. Sucharow
Joseph Sternberg
Aya Bouchedid
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Lawrence P. Kolker
Alexander H. Schmidt

- 3 -

**WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

Thomas Michaud
Jack Timmony
**VANOVERBEKE MICHAUD &
 TIMMONY, P.C.**
79 Alfred Street
Detroit, Michigan  48201
Telephone:  (313) 578-1200
Facsimile:  (313) 578-1201

*Counsel for Movants*

11994

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.<br><br>Plaintiff,<br><br>v.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, and WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>Defendants. | Case Number: 07 C 6174 |

**CERTIFICATE OF SERVICE**

- 2 -

I hereby certify that on January 10, 2008, I electronically filed the attached Notice of Motion, pertaining to the *Motion of City of St. Clair Shores General Employees' Retirement System and Madison Investment Trust for Appointment as Co-Lead Plaintiffs and Approval of Proposed Co-Lead Plaintiffs' Selection of Co-Lead Counsel* (motion, supporting memorandum, and proposed order previously filed with the Court on January 4, 2008), with the Clerk of the United States District Court for the Northern District of Illinois, using the CM/ECF system, and *via* .pdf email delivery and overnight courier on the following:

Jerold S. Solovy
James L. Thompson
**JENNER & BLOCK, LLP**
330 North Wabash Avenue
Chicago, Illinois 60611
jsolovy@jenner.com
jthompson@jenner.com

Samuel B. Isaacson
**DLA PIPER**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
samuel.isaacson@dlapiper.com

Harold C. Hirshman
**SONNENSCHEIN NATH &
 ROSENTHAL LLP**
7800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
hhirshman@sonnenschein.com

Richard B. Kapnick
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, Illinois 60603
rkapnick@sidley.com

Dated: January 10, 2008

/s/ Adam J. Levitt
Adam J. Levitt

11995