**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                              Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL          APPOINTED COUNSEL |

**CERTIFICATE OF SERVICE**

      I, James L. Thompson, an attorney, hereby certify that on January 22, 2008 the Appearances of Jerold S. Solovy, James L. Thompson, and Charles B. Sklarsky, on behalf of defendants The Inland Group, Inc., Inland Real Estate Investment Corporation, Daniel L. Goodwin, Robert H. Baum, G. Joseph Cosenza, Robert D. Parks, and Brenda G. Gujral, were filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

| | |
|---|---|
| Adam J. Levitt<br>WOLF HALDENSTEIN ADLER<br>FREEMAN & HERTZ LLC<br>55 West Monroe St., Suite 1111<br>Chicago, IL 60603 | Nicholas E. Chimicles<br>CHIMICLES & TIKELLIS LLP<br>One Haverford Centre<br>361 West Lancaster Ave.<br>Haverford, PA 19041 |
| Lawrence A. Sucharow<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005 | |

                                                s/ James L. Thompson

1617850