# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6174 | **DATE** | 1/22/2008 |
| **CASE TITLE** | City of St Clair Shores    vs    Inland Western Retail Real Estate Trust | | |

**DOCKET ENTRY TEXT:**

Enter order granting motion of City of St. Clair Shores General Employees Retirement System and Madison Investment Trust for appointment as co-lead plaintiffs and approval of proposed co-lead plaintiffs' selection of co-lead counsel. Joint status report is due by 5/21/2008. Status hearing is set for 5/22/2008, at 9:30 a.m. This case is stayed.

[For further detail see separate order]
[Docketing to mail notice]

00:11