# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6174 | **DATE** | 6/5/2008 |
| **CASE TITLE** | City of St. Clair Shores    vs   Inland Western Retail Real Estate | | |

**DOCKET ENTRY TEXT:**

Status hearing held.   Plaintiff is given leave to file an amended complaint by 6/12/2008. Defendant's motion to dismiss is due by 7/17/2008.  Plaintiff's response is due by 8/21/2008. Defendants' replies are due by 9/10/2008.   Status hearing continued to 11/5/2008, at 9:00 a.m.

[Docketing to mail  notice]

00:06

| | Courtroom Deputy | GDS |
|---|---|---|