# EXHIBIT A

## CERTIFICATION

I, <u>Robert A. Hison</u>, as <u>Chairperson</u> of the City of St. Clair Shores General Employees Retirement System, ("St. Clair Shores GERS") hereby certify as follows:

1.   I am fully authorized to enter into and execute this Certification on behalf of St. Clair Shores GERS. I have reviewed a complaint prepared against Inland Western Retail Real Estate Investment Trust, Inc. ("Inland Western") alleging violations of the federal securities laws;

2.   St. Clair Shores GERS did not purchase securities of Inland Western at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.   St. Clair Shores GERS is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4.   St. Clair Shores GERS purchased and currently owns 57,321 common shares in Inland Western for which City of St. Clair Shores GERS may vote in the proposed merger transaction.

5.   St. Clair Shores GERS has not sought to serve as lead plaintiff in any class action under the federal securities laws during the last three years;

6.   Beyond its pro rata share of any recovery, St. Clair Shores GERS will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct this 30th day of October, 2007.

[NAME] Robert A. Hison
[TITLE] Chairperson
City of St. Clair Shores
General Employees Retirement System