# EXHIBIT B

Case 1:07-cv-06174  Document 38-3  Filed 06/12/2008  Page 1 of 2

## CERTIFICATION

I, Gary R. Burghart, as chief legal officer of the ultimate parcel of Madison Investment Trust ("Madison") and Northstar Acquisition Company, LLC ("Northstar") declare, as to the claims asserted under the federal securities laws, that:

1. I am fully authorized to enter into and execute this Certification on behalf of Madison and Northstar. I have reviewed the complaint filed against Inland Western Retail Real Estate Investment Trust, Inc. ("Inland Western") and others alleging violations of the federal securities laws.

2. Madison and Northstar did not purchase the security that is the subject of this action at the direction of plaintiffs' counsel or in order to participate in this private action.

3. Madison and Northstar are willing to serve as representative parties on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Madison purchased, beginning on December 1, 2005, and currently owns 1,997,042.03 common shares in Inland Western, for which Madison was entitled to vote in the proposed merger transaction. Northstar purchased, on May 1, 2005, and currently owns 1500 common shares in Inland Western, for which Northstar was entitled to vote in the proposed merger transaction.

5. Neither Madison nor Northstar have sought to serve as a representative party for a class under the federal securities laws during the three years prior to the date of this Certification.

6. Neither Madison nor Northstar will accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of January, 2008.

_____
GARY R. BURGHART