<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 12, 2008, I electronically filed the AMENDED CLASS ACTION COMPLAINT AND DERIVATIVE ACTION FOR VIOLATION OF FEDERAL SECURITIES LAWS AND FOR BREACHES OF FIDUCIARY DUTIES AND CONTRACT with the Clerk of the Court using the CM/ECF system on the following:

Jerold S. Solovy
James L.Thompson
Charles B. Sklarsky
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, IL 60611
jsolovy@jenner.com
jthompson@jenner.com
csklarsky@jenner.com

Samuel B. Isaacson
Joseph B. Collins
DLA PIPER
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
samuel.isaacson@dlapiper.com
Joseph.collins@dlapiper.com

Harold C. Hirshman
SONNENSCHEIN NATH &
ROSENTHAL LLP
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404
hhirshman@sonnenschein.com

Richard B. Kapnick
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
rkapnick@sidley.com

Dated: June 12, 2008

          s/ Adam J. Levitt
          Adam J. Levitt