IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br>                                      Plaintiff, <br><br> v. <br><br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP , AND WILLIAM BLAIR & COMPANY, L.L.C, Defendants. | **CASE NO. 07 C 6174** |

**MOTION TO WITHDRAW AYA BOUCHEDID AS COUNSEL FOR PLAINTIFF**

        NOW COMES Plaintiff City of St. Clair Shores General Employees Retirement System

("Movant") and for their Motion to Withdraw Aya Bouchedid, formerly an Associate attorney at

Labaton Sucharow LLP, as one of the counsel for Plaintiff City of St. Clair Shores General Employees Retirement System states as follows:

    1. Plaintiff City of St. Clair Shores General Employees Retirement System is represented by, among other law firms, Labaton Sucharow LLP in this case.

    2. Aya Bouchedid, formerly an Associate attorney with Labaton Sucharow LLP, was granted Pro Hac Vice admission on behalf of Plaintiff City of St. Clair Shores General Employees Retirement System on January 9, 2008.

    3. Aya Bouchedid is no longer associated with Labaton Sucharow LLP.

    4. Labaton Sucharow LLP continues to represent Plaintiff City of St. Clair Shores General Employees Retirement System through Labaton Sucharow LLP's attorneys Lawrence A. Sucharow and Joseph Sternberg.

    5. The withdrawal of Aya Bouchedid as one of the counsel for Plaintiff City of St. Clair Shores General Employees Retirement System will not jeopardize Plaintiff's case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

    WHEREFORE, Plaintiff City of St. Clair Shores General Employees Retirement System respectfully requests that the appearance of Aya Bouchedid as one its counsel be withdrawn.

    Respectfully submitted,

    City of St. Clair Shores General Employees Retirement System

    By: /s/ Joseph Sternberg
    Joseph Sternberg

Lawrence A. Sucharow, Esq.
Joseph Sternberg, Esq.
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Adam J. Levitt
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing Motion to Withdraw Aya Bouchedid as Counsel for Plaintiff was served upon the attorneys listed below electronically through CM/ECF on July 2, 2008.

| | |
|---|---|
| Jerold S. Solovy<br>James L.Thompson<br>Charles B. Sklarsky<br>JENNER & BLOCK, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>jsolovy@jenner.com<br>jthompson@jenner.com<br>csklarsky@jenner.com | Harold C. Hirshman<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6404<br>hhirshman@sonnenschein.com |
| Samuel B. Isaacson<br>Joseph B. Collins<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>samuel.isaacson@dlapiper.com<br>Joseph.collins@dlapiper.com | Richard B. Kapnick<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>rkapnick@sidley.com |

Dated: July 2, 2008

_s/ Joseph Sternberg___
Joseph Sternberg