# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br> Plaintiff, <br><br> v. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP , AND WILLIAM BLAIR & COMPANY, L.L.C, Defendants. | **CASE NO. 07 C 6174** |

## NOTICE OF MOTION

To: See Attached Certificate of Service

    PLEASE TAKE NOTICE that on Thursday, July 10, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Robert W. Gettleman in Courtroom 1703 of the Everett McKinley Dirksen Building, 219 South Dearborn Street,

Chicago, Illinois and then and there present the Motion to Withdraw Aya Bouchedid, formerly an Associate at Labaton Sucharow LLP, as one of the counsel for Plaintiff City of St. Clair Shores General Employees Retirement System.

                                              Respectfully submitted,

                                              City of St. Clair Shores General Employees Retirement System

                                              By: /s/ Joseph Sternberg
                                                  Joseph Sternberg

Lawrence A. Sucharow, Esq.
Joseph Sternberg, Esq.
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Adam J. Levitt, Esq.
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

## CERTIFICATE OF SERVICE

  The undersigned certifies that a copy of the foregoing Notice of Motion to Withdraw Aya Bouchedid as Counsel for Plaintiff was served upon the attorneys listed below electronically through CM/ECF on July 2, 2008.

| | |
|---|---|
| Jerold S. Solovy<br>James L.Thompson<br>Charles B. Sklarsky<br>JENNER & BLOCK, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>jsolovy@jenner.com<br>jthompson@jenner.com<br>csklarsky@jenner.com | Harold C. Hirshman<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6404<br>hhirshman@sonnenschein.com |
| Samuel B. Isaacson<br>Joseph B. Collins<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>samuel.isaacson@dlapiper.com<br>Joseph.collins@dlapiper.com | Richard B. Kapnick<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>rkapnick@sidley.com |

Dated: July 2, 2008

                /s/ Joseph Sternberg
                 Joseph Sternberg