# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6174 | **DATE** | 7/11/2008 |
| **CASE TITLE** | City of St. Clair Shores General     vs   Inland Western Retail Real Estate | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' motion [41] for leave to withdraw appearance of Aya Bouchedid as on of its counsel is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|