IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM et al., ) ) ) Plaintiffs, ) v. ) ) THE INLAND GROUP, INC., et al., ) ) Defendants. ) ) | Case No: 07 C 6174  Judge Robert W. Gettleman |

**AGREED MOTION FOR EXTENSION OF TIME
FOR KPMG LLP TO ANSWER OR OTHERWISE PLEAD**

Defendant KPMG LLP, by its attorneys, respectfully requests that its time to respond to the Amended Complaint in this matter be extended to August 15, 2008. In support of this Motion, KPMG states as follows:

1. On June 5, 2008, this Court set a briefing schedule on the Plaintiffs' then-pending complaint. The schedule requires the Defendants in the case to answer or otherwise plead in response to the complaint by July 17, 2008.

2. On June 12, 2008, Plaintiffs filed an Amended Complaint. The Amended Complaint added KPMG as a defendant. Previously, KPMG had not been a party in this case.

3. KPMG was served with the Amended Complaint on June 13, 2008. Following service, KPMG engaged in a process that resulted in the retention of Mayer Brown LLP to represent it in this matter. Appearances for undersigned counsel were filed on July 14, 2008.

4. In view of its late entry into the case, the need to secure counsel, and the existing briefing schedule, KPMG conferred with Plaintiffs' Counsel regarding an extension of time to answer or otherwise plead in response to the Complaint. Plaintiffs' Counsel has advised

undersigned counsel that Plaintiffs do not object to an extension of time to August 15, 2008, for KPMG to answer or otherwise plead in response to the Amended Complaint, with the following briefing schedule in the event that KPMG files a motion to dismiss the Amended Complaint:

| | |
|---|---|
| KPMG's Motion | August 15, 2008 |
| Plaintiffs' Response Brief | September 19, 2005 |
| KPMG's Reply | October 3, 2008 |

5.      The requested extension of time is not sought for purposes of delay and the briefing schedule set forth above is intended by the Plaintiffs and KPMG not to interfere with or delay the hearing to be held on November 5, 2008 with respect to motions to dismiss.  KPMG has not previously sought an extension of time in this matter.

WHEREFORE, KPMG LLP respectfully requests that the Court extend its time to answer or otherwise plead in response to the Amended Complaint to August 15, 2008, as set forth in the attached proposed Order.

Dated:  July 15, 2008                              Respectfully submitted,

                                                                KPMG LLP

                                                       By:    /s/ John J. Tharp, Jr.
                                                                One of Its Attorneys

Jonathan C. Medow
James C. Shroeder
John J. Tharp, Jr.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
(312) 782-0600
(312) 701-7711 (fax)

*Attorneys for KPMG LLP*