IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM et al., <br><br> Plaintiffs, <br> v. <br><br> THE INLAND GROUP, INC., et al., <br><br> Defendants. | Case No: 07 C 6174 <br><br> Judge Robert W. Gettleman |

## [PROPOSED] AGREED ORDER

Upon the Agreed Motion submitted by KPMG LLP, the Plaintiffs' having no objection, it is hereby ORDERED:

Defendant KPMG's time to answer or otherwise plead in response to the Amended Complaint is extended to and including August 15, 2008. In the event that KPMG files a Motion to Dismiss the Amended Complaint, the Plaintiffs' response will be due September 19, 2008, and KPMG's reply, if any, will be due on October 3, 2008.

Entered: _____

_____
Hon. Robert W. Gettleman
District Judge