**CERTIFICATE OF SERVICE**

John J. Tharp, Jr., an attorney, certifies that on this 15th day of July, 2008, a copy of the foregoing NOTICE OF AGREED MOTION and KPMG LLP's AGREED MOTION FOR AN EXTENSION OF TIME was filed electronically. Notice of this filing will be sent to the parties by Electronic Court Filing system and by messenger to the following:

Lawrence P. Kolker
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.