**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No:  07 C 6174 |
| | ) | |
| THE INLAND GROUP, INC., et al., | ) | |
| | ) | Judge Robert W. Gettleman |
| Defendants. | ) | |
| | ) | |

**<u>NOTICE OF MOTION</u>**

TO:    Lawrence P. Kolker
　　　Wolfe Haldenstein Adler Freeman & Herz  LLC
　　　55 W. Monroe Street, Suite 1111
　　　Chicago, IL 60603

　　　PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:15 a.m., the undersigned shall appear before the Hon. Robert W. Gettleman, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and then and there present KPMG LLP'S AGREED MOTION FOR AN EXTENSION OF TIME, a copy of which is attached hereto and hereby served upon you.

Dated: July 15, 2008　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　KPMG LLP


　　　　　　　　　　　　By:　　/s/ John J. Tharp, Jr.　　　　　　
　　　　　　　　　　　　　　　One of Its Attorneys


Jonathan C. Medow
James C. Shroeder
John J. Tharp, Jr.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois  60606
(312) 782-0600
(312) 701-7711 (fax)

*Attorneys for KPMG LLP*