# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Case No. 07 C 6174 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:15 a.m., we shall appear before the Honorable Judge Gettleman of the U.S. District Court for the Northern District of Illinois, Eastern Division, in the Courtroom usually occupied by him in Room 1703 at 219 South Dearborn, Chicago, Illinois, and shall then and there present **WILLIAM BLAIR &**

14734878\V-1

**COMPANY'S MOTION TO DISMISS COUNTS I AND IV**, a copy of which is hereby served upon you.

                Respectfully submitted,

                /s/ Harold C. Hirshman
                One of the Attorneys for William Blair

Harold C. Hirshman
Camille E. Bennett
SONNENSCHEIN NATH & ROSENTHAL LLP
233 S. Wacker Dr.
7800 Sears Tower
Chicago, IL 60606
312/876-8000
Firm ID: 90784

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2008 I electronically filed the foregoing **WILLIAM BLAIR & COMPANY'S MOTION TO DISMISS COUNTS I AND IV** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registered parties:

Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 W. Monroe St.
Chicago, IL  60603

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
Chimicles & Tikellis LLP
One Haverford Centre
361 W. Lancaster Ave.
Haverford, PA  19041

Lawrence A. Sucharow
Joseph Sternberg
Aya Bouchedid
Labaton Sucharow LLP
140 Broadway
New York, NY  10005

Lawrence P. Kolker
Alexander H. Schmidt
Wolf Haldenstein Adler Freeman & Herz LLP
270 Madison Ave.
New York, NY  10016

Thomas Michaud
Jack Timmony
Vanoverbeke Michaud & Timmony, P.C.
79 Alfred St.
Detroit, MI  48201

/s/ Harold C. Hirshman
Harold C. Hirshman

14734878\V-1