# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 6174 |
|---|---|
| City of St. Clair Shores General Employees Retirement System et al. v. Inland Western Retail Real Estate Trust, Inc. et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Defendants The Inland Group, Inc.; Inland Real Estate Investment Corporation; Daniel L. Goodwin; Robert H. Baum; G. Joseph Cosenza; Robert D. Parks; and Brenda G. Gujral

| NAME (Type or print) |
|---|
| Anthony C. Porcelli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/  Anthony C. Porcelli |
| FIRM |
| Jenner & Block, LLP |
| STREET ADDRESS |
| 330 N. Wabash Avenue |
| CITY/STATE/ZIP |
| Chicago, IL 60611 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6225868 | 312-222-9350 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL

**CERTIFICATE OF SERVICE**

I, Anthony C. Porcelli, an attorney, hereby certify that on July 17, 2008 the Appearance of Anthony C. Porcelli, on behalf of Defendants The Inland Group, Inc., Inland Real Estate Investment Corporation, Daniel L. Goodwin, Robert H. Baum, G. Joseph Cosenza, Robert D. Parks, and Brenda G. Gujral, was filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016

Harold C. Hirshman
SONNENSCHEIN NATH & ROSENTHAL
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Richard B. Kapnick
Courtney A. Rosen
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Lawrence P. Kolker
Adam J. Levitt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 West Monroe Street
Suite 111
Chicago, IL 60661

Lawrence A. Sucharow
Joseph Sternberg
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Samuel B. Isaacson
Joseph E. Collins
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

James C. Schroeder
John Joseph Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Jonathan C. Medow
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

      /s/  Anthony C. Porcelli