IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Case No. 07 C 6174 <br><br> Judge Robert W. Gettleman |

**DISCLOSURE STATEMENT OF DEFENDANTS INLAND WESTERN
RETAIL REAL ESTATE TRUST, INC., INLAND WESTERN RETAIL
REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST
MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP.
AND INLAND WESTERN MANAGEMENT CORP.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants Inland Western Retail Real Estate Trust, Inc., Inland Western Retail Real Estate Advisory Services, Inc., Inland Northwest Management Corp., Inland Southwest Management Corp. and Inland Western Management Corp. state as follows:

Defendant Inland Western Retail Real Estate Trust, Inc. owns 10% or more of the stock of the following defendants:

> Inland Western Retail Real Estate Advisory Services, Inc.;
> Inland Northwest Management Corp.;
> Inland Southwest Management Corp.; and
> Inland Western Management Corp.

No parent corporation or publicly-held corporation owns 10% or more of the stock of defendant Inland Western Retail Real Estate Trust, Inc.

Dated: July 17, 2008

Respectfully submitted,

**COUNSEL FOR INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND NORTHWEST MANAGEMENT CORP., INLAND SOUTHWEST MANAGEMENT CORP. AND INLAND WESTERN MANAGEMENT CORP.**

/s/ Samuel B. Isaacson

Samuel B. Isaacson
Joseph E. Collins
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: (312) 368-4000
Facsimile: (312) 236-7516

## CERTIFICATE OF SERVICE

I, Joseph Collins, an attorney, hereby certify that on July 17, 2008, I caused the **Disclosure Statement of Defendants Inland Western Retail Real Estate Trust, Inc., Inland Western Retail Real Estate Advisory Services, Inc., Inland Southwest Management Corp., Inland Northwest Management Corp. and Inland Western Management Corp.** to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

Alexander H. Schmidt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016

Harold C. Hirshman
SONNENSCHEIN NATH & ROSENTHAL
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Richard B. Kapnick
Courtney A. Rosen
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Adam J. Levitt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 West Monroe Street
Suite 111
Chicago, IL 60661

Lawrence A. Sucharow
Joseph Sternberg
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Jerold S. Solovy
James L. Thompson
Anthony C. Porcelli
JENNER & BLOCK, LLP
330 North Wabash Avenue
Chicago, IL 60601

James C. Schroeder
John Joseph Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Jonathan C. Medow
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

Notice of this filing will be sent by U.S. Mail, postage prepaid, to the following party:

Lawrence P. Kolker
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLC
55 West Monroe Street
Suite 111
Chicago, IL 60661

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／  Joseph Collins

CHGO1\31244946.12