IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust Inc., <br><br>       Plaintiffs,<br><br>vs.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION, THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>       Defendants. | Case No. 07 C 6174 <br><br> Judge Robert W. Gettleman |

**DEFENDANT INLAND REAL ESTATE
INVESTMENT CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1 and Local Rule 3.2, Defendant Inland Real Estate Investment Corporation, through its undersigned counsel, hereby makes the following disclosures:

1. Inland Real Estate Investment Corporation is a non-governmental corporate entity.

2. The Inland Group, Inc. is the parent company of Inland Real Estate Investment Corporation. Other than The Inland Group, Inc., there are no other entities owning more than 5% of the Inland Real Estate Investment Corporation.

Dated: July 17, 2008

Respectfully submitted,

INLAND REAL ESTATE
INVESTMENT CORPORATION

By: /s/ James L. Thompson

Jerold S. Solovy
James L. Thompson
Anthony C. Porcelli
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
(312) 222-9350

Attorneys for Defendant,
INLAND REAL ESTATE INVESTMENT
CORPORATION

## CERTIFICATE OF SERVICE

I, Anthony C. Porcelli, an attorney, hereby certify that on July 17, 2008, I caused **Defendant Inland Real Estate Investment Corporation's Rule 7.1 Statement** to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system.

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

Alexander H. Schmidt
Lawrence P. Kolker
WOLF HALDENSTEIN ADLER
　FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016

Harold C. Hirshman
SONNENSCHEIN NATH & ROSENTHAL
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Richard B. Kapnick
Courtney A. Rosen
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603

Adam J. Levitt
WOLF HALDENSTEIN ADLER
　FREEMAN & HERZ LLC
55 West Monroe Street
Suite 111
Chicago, IL 60661

Lawrence A. Sucharow
Joseph Sternberg
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

Samuel B. Isaacson
Joseph E. Collins
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293

James C. Schroeder
John Joseph Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

Jonathan C. Medow
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

　　　　　　　　　　　　　　　　　　　　　*/s/  Anthony C. Porcelli*