**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On Behalf of Inland Western Retail Real Estate Trust Inc., <br><br>      Plaintiffs,<br><br>      vs.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C.,<br><br>      Defendants. | Case No. 07 C 6147<br><br>Judge Robert W. Gettleman |

**NON-KPMG/WILLIAM BLAIR DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFFS' AMENDED COMPLAINT**

The non-KPMG/William Blair Defendants ("Defendants"), through their undersigned

counsel, respectfully move this Court under Rules 8, 12(b)(6), and 23.1 of the Federal Rules of

Civil Procedure and the Private Securities Litigation Reform Act of 1995 to dismiss with prejudice all claims against them in Plaintiffs' Amended Complaint. As fully addressed in the Memorandum in Support of the Non-KPMG/William Blair Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, filed concurrently herewith, Plaintiffs' Amended Complaint should be dismissed with prejudice for the following reasons:

    1.    Counts III-VII of the Amended Complaint should be dismissed because Plaintiffs have failed (a) to satisfy the pre-suit demand requirement of Federal Rule of Civil Procedure 23.1 that must be met before a shareholder can assert these claims on behalf of a company; and (b) to plead facts sufficient to overcome the protections afforded to the Board's actions underlying these claims pursuant to the business judgment rule.

    2.    Count I of the Amended Complaint, alleging a violation § 14(a) of the Securities and Exchange Act of 1934 (the "1934 Act") and SEC Rule 14a-9 by issuing a knowingly false and misleading proxy statement, should be dismissed because Plaintiffs do not plead with specificity facts necessary to support their allegations (a) that each Defendant acted with the state of mind pled; or (b) to support their allegations of material misstatements and omissions. Count II of the Amended Complaint, brought under § 20(a) of the 1934 Act, should be dismissed as well because it depends completely upon the success of Plaintiffs' § 14(a) claim.

    3.    In addition to the above reasons, Counts III-VII should be dismissed because they suffer from a variety of independent, fatal deficiencies as set forth in the Memorandum.

WHEREFORE, for the foregoing reasons, and for the reasons set forth fully in the Memorandum, Defendants respectfully request that this Court enter an Order dismissing Plaintiffs' Amended Complaint with prejudice as asserted against them.

Dated: July 17, 2008

Respectfully submitted,

**Counsel for Inland Real Estate Investment Corporation, The Inland Group, Inc., Robert D. Parks, Brenda G. Gujral, Daniel L. Goodwin, Robert H. Baum, and G. Joseph Cosenza**

*/s/ James L. Thompson*
Jerold S. Solovy
James L. Thompson
Anthony C. Porcelli
JENNER & BLOCK, LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone: (312) 222-9350
Facsimile:  (312) 527-0484

**Counsel for Inland Western Retail Real Estate Trust, Inc., Inland Western Retail Real Estate Advisory Services, Inc., Inland Northwest Management Corp., Inland Southwest Management Corp., Inland Western Management Corp., Frank A. Catalano, Jr., and Steven P. Grimes**

*/s/ Samuel B. Isaacson (with consent)*
Samuel B. Isaacson
Joseph E. Collins
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
Telephone: (312) 368-4000
Facsimile:  (312) 236-7516

**Counsel for Kenneth H. Beard, Paul R. Gauvreau, Gerald M. Gorski, Barbara A. Murphy**

*/s/ Richard B. Kapnick (with consent)*
Richard B. Kapnick
Courtney A. Rosen
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

4

**CERTIFICATE OF SERVICE**

I, Anthony C. Porcelli, an attorney, hereby certify that on July 17, 2008, I caused the **Non-KPMG/William Blair Defendants' Motion to Dismiss Plaintiffs' Amended Complaint** to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division.  Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system.  Parties and interested persons may access this filing through the Court's system.

Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
CHIMICLES & TIKELLIS LLP
361 W. Lancaster Avenue
Haverford, PA 19041

Alexander H. Schmidt
Lawrence P. Kolker
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016

Harold C. Hirshman
SONNENSCHEIN NATH & ROSENTHAL
7800 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6404

Jonathan C. Medow
PERKINS COIE LLP
131 South Dearborn Street
Suite 1700
Chicago, IL 60603

Adam J. Levitt
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLC
55 West Monroe Street
Suite 111
Chicago, IL 60661

Lawrence A. Sucharow
Joseph Sternberg
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

James C. Schroeder
John Joseph Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606

　　　　　　　　　　　　　　　　　　/s/  Anthony C. Porcelli