IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION, THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C., <br><br> Defendants. | Case No. 07 C 6174 <br><br> Judge Robert W. Gettleman |

**INDEX OF EXHIIBITS CITED IN THE MEMORANDUM IN SUPPORT OF THE NON-KPMG/WILLIAM BLAIR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' <u>AMENDED COMPLAINT</u>**

| | |
|---|---|
| Exhibit 1 | Excerpts from IWEST Proxy filed with the SEC on September 10, 2007 |
| Exhibit 2 | Excerpts from IWEST Prospectus filed with the SEC on September 8, 2004 |
| Exhibit 3 | Property Management Agreement filed with the SEC on May 8, 2003 |
| Exhibit 4 | Unpublished Cases |

1675601.1