# EXHIBIT 2

```
<DOCUMENT>
<TYPE>S-11
<SEQUENCE>1
<FILENAME>a2142458zs-11.txt
<DESCRIPTION>S-11
<TEXT>
<Page>
```

As filed with the Securities and Exchange Commission on September 8, 2004
Registration No. 333-

=============================================================================

SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

----------

FORM S-11
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

----------

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(Exact name of registrant as specified in governing instruments)

----------

2901 Butterfield Road
Oak Brook, Illinois 60523
(Address of principal executive offices)

----------

Robert H. Baum, Esq.
Vice Chairman, Executive Vice President and General Counsel
The Inland Group, Inc.
2901 Butterfield Road
Oak Brook, Illinois 60523
(630) 218-8000
(Name, address, including zip code and telephone number,
including area code of agent for service)

----------

With a copy to:
David J. Kaufman, Esq.
Duane Morris LLP
227 West Monroe Street
Suite 3400
Chicago, Illinois 60606
(312) 499-6700

----------

Approximate date of commencement of proposed sale to the public: As soon as
practicable after the registration statement becomes effective.

If this form is filed to register additional securities for an offering
pursuant to Rule 462(b) under the Securities Act, check the following box and
list the Securities Act registration statement number of the earlier effective
registration statement for the same offering. / /

If this form is a post-effective amendment filed pursuant to Rule 462(c)
under the Securities Act, check the following box and list the Securities Act
registration statement number of the earlier effective registration statement
for the same offering. / /

If this Form is a post-effective amendment filed pursuant to Rule 462(d)
under the Securities Act, check the following box and list the Securities Act
registration statement number of the earlier effective registration statement
for the same offering. / /

<Page>

If delivery of the prospectus is expected to be made pursuant to Rule 434,
check the following box. / /

CALCULATION OF REGISTRATION FEE

```
<Table>
<Caption>
```

| Title of Each Class of Securities Being Registered | Amount Being Registered | Proposed Maximum Offering Price Per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| <S> | <C> | <C> | <C> | <C> |
| Common Stock, $.001 par value........................ | 250,000,000 | $ 10.00 | $ 2,500,000,000 | $ 316,750 |
| Common Stock, $.001 par value(1)..................... | 20,000,000 | 9.50 | 190,000,000 | $ 24,073 |
| | | | | ---------- |
| | | | | $ 340,823 |
| | | | | ========== |

```
</Table>
```

    (1) Represents shares issuable pursuant to the registrant's distribution

THE TYPES OF REAL ESTATE THAT WE MAY ACQUIRE AND MANAGE

Our advisor is experienced in acquiring and managing real estate, particularly retail focused shopping centers. We acquire and manage a diversified (by geographical location and by type and size of retail centers) portfolio of real estate primarily improved for use as retail establishments, principally multi-tenant shopping centers. Our portfolio does and will consist predominantly of grocery and discount store anchored retail, including net lease retail. We may acquire certain mixed use properties that may include lodging, office and/or multi-family residential if they are part of a retail center. And, we may also acquire other types of retail shopping centers, such as enclosed malls, outlet malls and power centers. We also anticipate acquiring real estate improved with other commercial facilities which provide goods and services as well as double or triple net leased properties, which are either commercial or retail, including properties acquired in sale and leaseback transactions. A triple-net leased property is one which is leased to a tenant who is responsible for the base rent and all costs and expenses associated with their occupancy, including property taxes, insurance, repairs and maintenance.

The geographic focus of our portfolio continues to be western U.S. markets; yet, at the present time, we believe that properties available for sale east of the Mississippi River are offering more favorable investment returns. Our objective continues to be to acquire properties primarily for income as distinguished from primarily for capital gain. As a result, many of our recently acquired properties are located in eastern U.S. markets. However, over the long-term, we expect the portfolio to consist of properties located primarily west of the Mississippi River. Where feasible, we will endeavor to acquire multiple properties within the same major metropolitan markets where the acquisitions result in efficient property management operations with the potential to achieve market dominance.

We do not intend to invest in real estate properties that are primarily:

- farms;
- health care facilities;
- industrial properties;
- leisure home sites;
- manufacturing facilities;
- mining properties;
- ranches;
- single-family residential properties;
- timberlands; or
- unimproved properties not intended to be developed (vacant land).

1

<Page>

Subject to compliance with the applicable requirements under the federal income tax laws, we may also undertake construction and development activities and render services in connection with such activities.

OUR SPONSOR, OUR ADVISOR AND THE INLAND GROUP

Our sponsor is Inland Real Estate Investment Corporation, which is owned by The Inland Group, Inc. The Inland Group, together with its subsidiaries and affiliates, is a fully-integrated group of legally and financially separate companies that have been engaged in diverse facets of real estate for over 35 years providing property management, leasing, marketing, acquisition, disposition, development, redevelopment, syndication, renovation, construction, finance and other related services. Inland Western Retail Real Estate Advisory Services, Inc., is a wholly owned subsidiary of our sponsor and is our advisor. Inland Securities Corporation, another affiliate of The Inland Group, is the managing dealer of this offering. Inland Western Management Corp., Inland Northwest Property Management Corp., Inland Southwest Property Management Corp. and Inland Pacific Property Management Corp., our property managers, are entities owned principally by individuals who are affiliates of The Inland Group. The principal executive offices of The Inland Group, our sponsor, and our advisor are located at 2901 Butterfield Road, Oak Brook, Illinois 60523 and their telephone number is (630) 218-8000. The principal executive offices of our property managers are located at 2907 Butterfield Road, Oak Brook, Illinois 60523 and their telephone number is (630) 218-8000.

The following organizational chart depicts the services that affiliates or our sponsor will render to us and our organizational structure.

2

<Page>

The following organizational chart depicts the services that affiliates or our sponsor will render to us and our organizational structure.

ORGANIZATIONAL CHART

<Table>
<S><C>

```
    ------------------       ---------         ---------         ---------
    Daniel L. Goodwin*       Robert H.         G. Joseph         Robert D.
                             Baum*             Cosenza*          Parks*
    ------------------       ---------         ---------         ---------
            ||                   ||               ||                ||
    ================================================================
                                     ||
                             ------------------
                             THE INLAND GROUP, INC.*
```

```
                    The Inland Services        The Inland Property Management        Inland Real                Inland Real
                    Group, Inc.                Group, Inc.                           Estate Investment          Estate Transaction
                                                                                     Corporation                Group, Inc.
                                                                                     (our sponsor)

Inland Risk and      Inland Western      Inland Northwest       Inland Southwest       Inland Pacific
Insurance            Management          Management             Property Management    Property Management
Management           Corp.               Corp.                  Corp.                  Corp.
Services, Inc.       (property manager)  (property manager)     (property manager)     (property manager)

                    Inland Securities       Inland Western Retail Real       Inland Partnership          Inland Mortgage
                    Corporation             Estate Advisory Services, Inc.   Property Sales              Investment Corporation
                                            (our advisor)                    Corporation

                                        Inland Real       Inland Real       Inland Real        Inland       Inland
                                        Estate            Estate            Estate             Mortgage     Mortgage
                                        Sales, Inc.       Development       Acquisitions, Inc. Corporation  Servicing

  Insurance                                               Real Estate
  Services

            Property Management and
            Related Services

            Securities Sales    Organization,        Construction and     Property         Mortgage      Mortgage
                                Advisory and Real    Development          Acquisition      Brokerage     Loan
                                Estate Services      Services             Services         Services      Servicing

                            Inland Western Retail Real Estate Trust, Inc.
        We will be principally owned by public investors. Ownership is represented by shares of our common stock
```

</Table>

Solid lines indicate 100% ownership. Broken lines indicate service.

\* The four indicated individuals control The Inland Group, Inc. and own substantially all of its stock.

3

<Page>

Investment in shares of our common stock involves risks. If we are unable to effectively manage the impact of these risks, we may not meet our investment objectives and, therefore, you may lose some or all of your investment. The following is a summary of the material risks which we believe are most relevant to an investment in the shares. These risks are generally listed in the order of priority.

- our common stock is not currently listed or traded on an exchange and cannot be readily sold (and sales by stockholders may be made at a loss);

- although we anticipate that aggregate borrowings will not exceed 55% of the combined fair market value of our properties, our charter imposes a limitation on our borrowings of less than 300% of net assets and there are risks associated with a high amount of leverage;

- we have no ownership in our advisor and the advisor is owned by our sponsor or their affiliates;

- our advisor and its affiliates will receive substantial fees, including participation in proceeds from the sale, refinancing or liquidation of

<Page>

Set forth below is a tabular summary of fees and compensation payable to our advisor and other affiliates.

Offering stage:

<Table>
<S>                                                    <C>

Type of Compensation

Nonsubordinated payments:

| Selling commissions | 7.5% of the sale price for each share Estimated maximum: $187,500,000. Through June 30, 2004, we have incurred $77,907,763 in selling commissions in connection with our initial public offering. In our initial public offering, we intend to sell 250,000,000 shares of our common stock at $10.00 per share. |

| Marketing contribution and due diligence allowance | 3.0% of the gross offering proceeds Through June 30, 2004, we have incurred $10,546,604 in marketing contributions and due diligence expense allowance in connection with our initial public offering. The actual amount of marketing contribution and due diligence expense allowance in connection with this offering will depend on the number of shares sold. If there are no special sales, and we sell the maximum number of shares offered, approximately $75,000,000 will be paid for the marketing contribution and the due diligence expense allowance. |

| Reimbursable expenses and other expenses of issuance | Estimated amount: $14,684,000. Through June 30, 2004, we have incurred $666,107 of reimbursable expenses to our advisor in connection with our initial public offering. In addition, in connection with our initial public offering, as of December 31, 2003, our advisor had advanced an aggregate of approximately $1,763,306 for the payment of offering expenses to non-affiliated third parties, all of which has been repaid. Our sponsor has not advanced any reimbursable expenses in connection with this offering. We may reimburse up to $14,684,000 for offering expenses advanced if we sell the maximum number of shares offered.

If the offering is not successful, then our sponsor will be solely responsible for the offering expenses to the extent it has not been reimbursed. |

</Table>

6

<Page>

<Table>
<S>                                                    <C>

Acquisition stage:

| Acquisition expenses | We will reimburse Inland Real Estate Acquisitions, Inc. for costs incurred, on our behalf, in connection with the acquisition of properties. We will pay an amount, estimated to be up to 0.5% of the total of (1) the gross offering proceeds from the sale of 250,000,000 shares and (2) the gross proceeds from the sale of up to 20,000,000 shares pursuant to the distribution reinvestment programs. The acquisition expenses for any particular property will not exceed 6% of the gross purchase price of the property. |

Operational stage:

| Property management fee This fee terminates upon a business combination with our property managers. | 4.5% of the gross income from the properties. (cannot exceed 90% of the fee which would be payable to an unrelated third party). We will pay the fee for services in connection with the rental, leasing, operation and management of the properties. For the year ended December 31, 2003, and the |

|  | six months ended June 30, 2004, we have incurred and paid property management fees of $16,627 and $1,154,272, of which $16,627 and $1,154,272 were retained by Inland Northwest Management Corp., Inland Pacific Management Corp., Inland Western Management Corp., and Inland Southwest Management Corp. Actual amounts we will incur in the future cannot be determined at the present time. |
| Loan servicing fee and mortgage brokerage fee | 0.08% of the total principal amount of the loans being serviced for each full year, up to the first $100 million and a lesser percentage on a sliding scale thereafter. For the year ended December 31, 2003, and the six months ended June 30, 2004, we have incurred and paid $328 and $21,276 to Inland Mortgage Servicing Corporation. For the year ended December 31, 2003, and the six months ended June 30, 2004, we have incurred and paid $59,523 and $1,122,042 to Inland Mortgage Investment Corporation. |
| Reimbursable expenses relating to administrative services | The compensation and reimbursements to our advisor and its affiliates will be approved by a majority of our directors. Actual amounts cannot be determined at the present time. These may include cost of goods and services and non-supervisory services performed directly for us by independent parties. |

</Table>

<Page>

7

<Table>
<S>                                              <C>
Liquidation stage:

| Property disposition fee<br>This fee terminates upon a business combination with our advisor. | Lesser of 3% of sales price or 50% of the customary commission which would be paid to a third party. Actual amounts cannot be determined at the present time. |
| Subordinated payments: | |
| Operational stage: | As of June 30, 2004, we have not paid or accrued any advisor asset management fees. Actual amounts we will incur in the future cannot be determined at the present time. |
| Advisor asset management fee<br>This fee terminates upon a business combination with our advisor. | Not more than 1% per annum of our average assets; subordinated to a non-cumulative, non-compounded return, equal to 6% per annum. Actual amounts cannot be determined at the present time. We will pay the fee for services in connection with our day-to-day operations, including administering our bookkeeping and accounting functions, services as our consultant in connection with policy decisions made by our board, managing our properties or causing them to be managed by another party and providing other services as our board deems appropriate. |
| Liquidation stage: | |
| Incentive advisory fee<br>This fee terminates upon a business combination with the Advisor. | After our stockholders have first received a 10% cumulative, non-compounded return and a return of their net investment, an incentive advisory fee equal to 15% on net proceeds from the sale of a property will be paid to our advisor. |

</Table>

PRIMARY BUSINESS OBJECTIVE AND STRATEGIES

Our primary business objective is to enhance the performance and value of our properties through active management. Key elements of our strategy are:

Acquisitions:

- To selectively acquire real properties that are diversified types and well-located.

- To selectively acquire properties on an all-cash basis if necessary to

## DISTRIBUTIONS

We have and intend to continue to pay regular monthly distributions to our domestic stockholders and regular quarterly distributions to our foreign stockholders. The maximum time that you should have to wait to receive the first distribution is 45 days from the date in which we accept your subscription.

In order to maintain our REIT status under federal income tax laws, we intend to distribute at least 90% of our taxable income to our stockholders. For federal income tax purposes only, we may make distributions that include a return of principal or an amount in excess of 95% of cash available to us.

## REAL PROPERTY INVESTMENTS

As of September 1, 2004, our real estate portfolio was comprised of 62 properties containing approximately 11 million square feet of gross leasable area. The 62 properties consist of 33 retail shopping centers, 13 neighborhood and community shopping center properties, ten single-user retail facilities, four joint venture retail shopping centers that we have operating control, one commercial property, and one project under development, located in 24 states.

## SHARE REPURCHASE PROGRAM

We have instituted a share repurchase program. Our share repurchase program provides eligible stockholders with limited interim liquidity by enabling them to sell shares back to us. The prices at which shares may be sold back to us will be one year from the purchase date at $9.25 per share; two years from the purchase date at $9.50 per share; three years from the purchase date at $9.75 per share; and four years from the purchase date at the greater of $10.00 per share or a price equal to ten times our "funds available for distribution" per weighted average share outstanding for the prior calendar year. We may terminate, reduce or otherwise change the above share repurchase program.

10

<Page>

## ESTIMATED USE OF PROCEEDS

The amounts listed in the table below represent our current estimates concerning the use of the offering proceeds. Since these are estimates, they may not accurately reflect the actual receipt or application of the offering proceeds. The amounts set forth below assume:

- we sell the maximum of 250,000,000 shares in this offering at $10 per share; and

- we sell the maximum of 20,000,000 shares in our distribution reinvestment program at $9.50 per share.

We have not given effect to any special sales or volume discounts which could reduce selling commissions.

<Table>
<Caption>

| | MAXIMUM OFFERING (INCLUDING SHARES SOLD UNDER THE DISTRIBUTION REINVESTMENT PROGRAM) | |
| --- | --- | --- |
| | AMOUNT | PERCENT |
| <S> | <C> | <C> |
| Gross proceeds ................................ | $ 2,690,000,000 | 100.00% |
| | | |
| Less expenses: | | |
| Selling commissions ......................... | 187,500,000 | 6.97% |
| Marketing contribution ...................... | 75,000,000 | 2.79% |
| Organization and offering ................... | 14,684,000 | .55% |
| | | |
| Total expenses ............................ | 277,184,000 | 10.30% |
| | | |
| Gross amount available ........................ | 2,412,816,000 | 89.70% |
| Less | | |
| Acquisition expenses ........................ | 13,450,000 | 0.50% |
| Working capital reserve ..................... | 26,900,000 | 1.00% |
| | | |
| Net cash available ........................... | $ 2,372,466,000 | 88.20% |

</Table>

11

<Page>

## RISK FACTORS

An investment in our shares involves significant risks and therefore is suitable only for those persons who understand those risks and the consequences of their investment and who are able to bear the risk of loss of their entire investment. You should consider the following material risks in addition to other information set forth elsewhere in this prospectus before making your investment decisions.

OUR COMMON STOCK IS NOT CURRENTLY LISTED ON AN EXCHANGE OR TRADING MARKET AND CANNOT BE READILY SOLD. There is currently no public trading market for the shares and we cannot assure you that one will develop. We may never list the

shares for trading on a national stock exchange or include the shares for quotation on a national market system. The absence of an active public market for our shares could impair your ability to sell our stock at a profit or at all. By September 15, 2008 our board of directors will determine whether it is in our best interests to apply to have the shares listed on a national stock exchange or included for quotation on a national market system if we meet the applicable listing requirements at that time.

THE PRICE OF OUR COMMON STOCK IS SUBJECTIVE AND MAY NOT BEAR ANY RELATIONSHIP TO WHAT A STOCKHOLDER COULD RECEIVE IF IT WAS SOLD. Our board of directors determined the offering price of our shares of common stock based on the following factors:

- the offering price of our common stock in our initial public offering in September 2003;

- the offering price of the earlier REITs organized by our sponsor;

- the range of offering prices of other REITs that do not have a public trading market; and

- the recommendation of the managing dealer based on its consultations with likely soliciting dealers.

However, the offering price of our shares of common stock may not be the same as the price at which the shares may trade if they were listed on an exchange or actively traded by brokers, nor of the proceeds that a stockholder may receive if we were liquidated or dissolved. As such, any sales may be made at a loss.

YOU DO NOT KNOW WHAT REAL PROPERTIES AND OTHER ASSETS WE MAY ACQUIRE IN THE FUTURE, AND MUST RELY ON OUR ADVISOR, OUR BOARD AND OFFICERS TO SELECT THEM AND STOCKHOLDERS WILL NOT PARTICIPATE IN THESE DECISIONS. We intend to acquire commercial retail properties. Although we have already acquired 62 properties, and we are considering acquiring others, no information is available as to the identification, location, operating histories, lease terms or other relevant economic and financial data of any other properties or other assets we may purchase in the future. As a result, you must rely on us to locate and acquire additional suitable investment properties. In addition, our board of directors may approve future equity offerings or obtain financing, the proceeds of which may be invested in additional properties; therefore, you will not have an opportunity to evaluate all of the properties that will be in our portfolio. Stockholders will not participate in evaluating these investment opportunities. Nonetheless, you will be unable to evaluate the manner in which we invest the proceeds of this offering or the economic merit of particular properties prior to their acquisition. This prospectus only describes the parameters we will use to acquire additional real properties and other assets.

COMPETITION WITH THIRD PARTIES IN ACQUIRING PROPERTIES WILL REDUCE OUR PROFITABILITY AND THE RETURN ON YOUR INVESTMENT. We compete with many other entities engaged in real estate investment activities, many of which have greater resources than we do. Larger REITs may enjoy significant competitive advantages that result from, among other things, a lower cost of capital and enhanced

12

<Page>

operating efficiencies. In addition, the number of entities and the amount of funds competing for suitable investment properties may increase. This will result in increased demand for these assets and therefore increased prices paid for them. If we pay higher prices for properties, our profitability is reduced and you will experience a lower return on your investment.

WE WILL COMPETE WITH REAL ESTATE INVESTMENT PROGRAMS SPONSORED BY COMPANIES AFFILIATED WITH US FOR THE ACQUISITION OF PROPERTIES AND FOR THE TIME AND SERVICES OF PERSONNEL. Affiliated companies have previously sponsored other REITs, private real estate equity programs and private placement mortgage and note programs, and affiliated companies in the future may sponsor other real estate investment programs. These affiliated companies include Inland Real Estate Corporation, Inland Retail Real Estate Trust, Inc., Inland Real Estate Exchange Corporation and other entities to be formed by The Inland Group, Inc. We will compete with these existing and future real estate investment programs for the acquisition of properties of a type suitable for our investment, for the time and services of personnel of our advisor and affiliates of our advisor in connection with our operation and the management of our assets, and for obtaining and retaining investors for our common stock. We will generally be acquiring properties that are located primarily west of the Mississippi River and single user net lease properties located anywhere in the United States and therefore our geographic diversity may be limited.

WE PLAN TO INCUR MORTGAGE INDEBTEDNESS AND OTHER BORROWINGS, WHICH MAY REDUCE THE FUNDS AVAILABLE FOR DISTRIBUTION, MAY INCREASE THE RISK OF LOSS SINCE DEFAULTS MAY RESULT IN FORECLOSURE AND MORTGAGES MAY INCLUDE CROSS-COLLATERALIZATION OR CROSS-DEFAULT PROVISIONS THAT INCREASE THE RISK THAT MORE THAN ONE PROPERTY MAY BE AFFECTED BY A DEFAULT. We may, in some instances, use either existing financing or borrow new funds to acquire properties. We intend to incur or increase our mortgage debt by obtaining loans secured by selected or all of the real properties to obtain funds to acquire additional real properties. We may also borrow funds if necessary to satisfy the requirement that we distribute to stockholders as dividends at least 90% of our annual REIT taxable income, or otherwise as is necessary or advisable to assure that we maintain our qualification as a REIT for federal income tax purposes. Currently, our aggregate borrowings secured by our properties is approximately 55% of their combined fair market value.

our affiliates, who receive fees, including our advisor, may recommend that we acquire properties, which may result in our incurring substantive amounts of indebtedness. Therefore, the interest of our advisor and its affiliates in receiving fees may conflict with our ability to earn income and may result in our incurring substantive amounts of indebtedness. The resolution of this conflict of interest may adversely impact our cash flow and our ability to pay your distributions.

- OUR ADVISOR MAY HAVE CONFLICTING FIDUCIARY OBLIGATIONS IF WE ACQUIRE PROPERTIES WITH ITS AFFILIATES. Our advisor may cause us to acquire an interest in a property through a joint venture with its affiliates. In these circumstances, our advisor will have a fiduciary duty to both us and its affiliates participating in the joint venture. The resolution of this conflict of interest may cause the advisor to sacrifice our best interest in favor of the seller of the property and therefore, we may enter into a transaction that is not in our best interest. The resolution of this conflict of interest may negatively impact our financial performance.

- THERE IS COMPETITION FOR THE TIME AND SERVICES OF OUR ADVISOR AND OUR ADVISOR MAY NOT DEDICATE THE TIME NECESSARY TO MANAGER OUR BUSINESS. We rely on our advisor and its

20

<Page>

affiliates for our daily operation and the management of our assets. Our officers and other personnel of our advisor and its affiliates have conflicts in allocating their management time, services and functions among the real estate investment programs they currently service and any future real estate investment programs or other business ventures which they may organize or serve. Those personnel could take actions that are more favorable to other entities than to us. The resolution of conflicts in favor of other entities could have a negative impact on our financial performance.

- INLAND SECURITIES CORPORATION IS PARTICIPATING AS MANAGING DEALER IN THE SALE OF THE SHARES. Inland Securities Corporation is our managing dealer of this offering and is affiliated with The Inland Group. Our managing dealer is entitled to selling commissions and reimbursement for marketing and due diligence expenses. Our managing dealer may be subject to a conflict of interest arising out of its participation in this offering and its affiliation with The Inland Group in performing its "due diligence" obligations which arise under the Securities Act of 1933. The resolution of this conflict of interest could have a negative impact on our financial performance.

- WE MAY ACQUIRE THE BUSINESS OF OUR ADVISOR AND OUR PROPERTY MANAGERS WITHOUT FURTHER ACTION BY OUR STOCKHOLDERS. During the term of our agreements with our advisor and our property managers, we have the option to acquire or consolidate the business conducted by them without any consent of our stockholders, our advisor or our property managers. We may elect to exercise this right at any time after September 15, 2008. This unfettered discretion could cause us to take action that otherwise we would not be able to do, and therefore could have a negative impact on our financial performance.

- WE DO NOT HAVE ARM'S-LENGTH AGREEMENTS, WHICH COULD CONTAIN TERMS WHICH ARE NOT IN OUR BEST INTEREST. As we have noted, our agreements and arrangements with our advisor or any of its affiliates, including those relating to compensation, are not the result of arm's length negotiations. These agreements may contain terms that our not in our best interest and would not otherwise be applicable if we entered into arm's-length agreements. See "Conflicts of Interest" for a discussion of various conflicts of interest.

WE CANNOT PREDICT THE AMOUNTS OF COMPENSATION TO BE PAID TO OUR ADVISOR AND OUR OTHER AFFILIATES. Because the fees that we will pay to our advisor and our other affiliates are based on the level of our business activity, it is not possible to predict the amounts of compensation that we will be required to pay these entities. In addition, because key employees of our affiliates are given broad discretion to determine when to consummate a transaction, we rely on these key persons to dictate the level of our business activity. Fees paid to our affiliates will reduce funds available for distribution. Because we cannot predict the amount of fees due to these affiliates, we cannot predict how precisely such fees will impact our distributions.

THE MANAGING DEALER HAS NOT MADE AN INDEPENDENT REVIEW OF US OR THE PROSPECTUS. The managing dealer, Inland Securities Corporation, is one of our affiliates and will not make an independent review of us or the offering. Accordingly, you do not have the benefit of an independent review of the terms of this offering. Further, the due diligence investigation of us by the managing dealer, also an affiliate, cannot be considered to be an independent review and, therefore, may not be as meaningful as a review conducted by an unaffiliated broker-dealer or investment banker. In addition, a substantial portion of the proceeds of the offering will be paid to the managing dealer for managing the offering, including cash selling commissions, a marketing contribution and a due diligence expense allowance.

21

<Page>

OUR RIGHTS AND THE RIGHTS OF OUR STOCKHOLDERS TO TAKE ACTION AGAINST OUR DIRECTORS AND OFFICERS AND THE ADVISOR ARE LIMITED. Maryland law provides that a

director has no liability in the capacity as a director if he performs his duties in good faith, in a manner he reasonably believes to be in our best interests, and with the care that an ordinary prudent person in a like position would use under similar circumstances. Maryland law also provides that an act by a director of a Maryland corporation is presumed to satisfy the standards of the preceding sentence. Additionally, our articles of incorporation limit the liability of our directors and officers to us and to our stockholders for monetary damages to the maximum extent permitted under Maryland law. Our articles of incorporation, in the case of our directors, officers, employees and agents, and the advisory agreement, in the case of the advisor, require us to indemnify our directors, officers, employees and agents and the advisor for actions taken by them in good faith and without negligence or misconduct. Moreover, we have entered into separate indemnification agreements with each of our directors and some of our executive officers. As a result, we and our stockholders may have more limited rights against our directors, officers, employees and agents, and the advisor than might otherwise exist under common law. In addition, we may be obligated to fund the defense costs incurred by our directors, officers, employees and agents or the advisor in some cases. See "Limitation of Liability and Indemnification of Directors, Officers and Our Advisors."

THE BUSINESS OF OUR ADVISOR AND OUR PROPERTY MANAGERS MAY BE ACQUIRED BY US WITHOUT FURTHER ACTION OF OUR STOCKHOLDERS. During the term of our agreements with our advisor and our property managers, we have the option to cause the business conducted by our advisor and/or our property managers (including all of their assets) to be acquired by or consolidated into us, without any consent of our stockholders, our advisor or our property managers or their respective board of directors or stockholders or shareholders in certain instances. We may elect to exercise this right as soon as any time after September 15, 2008. Our decision to exercise this right will be determined by a vote of a majority of our directors not otherwise interested in the transaction (including a majority of our independent directors). Our advisor and our property managers and/or their respective stockholders and shareholders will receive in connection with such an acquisition and in exchange for the transfer of all of the stock or assets of our advisor and/or our property managers, as the case may be, and for terminating their contractual relationships with us and the release or waiver of all their fees payable under the provisions of those contractual arrangements until their stated termination, but not paid, a determinable number of our shares. We will be obligated to pay any fees accrued under such contractual arrangements for services rendered through the closing of such acquisitions. In the event such an acquisition transaction is structured as a purchase of assets by us or a share exchange in which we are the acquiring corporation, our articles of incorporation and Maryland law will permit us to enter into and to consummate such a transaction without obtaining the approval of our stockholders. We do not presently intend to seek such stockholder approval if it is not then required by Maryland law or our articles of incorporation. Any such transaction will occur, if at all, only if our board of directors obtains a fairness opinion from a recognized financial advisor or institution providing valuation services to the effect that the consideration to be paid therefore is fair, from a financial point of view, to our stockholders. As a result, our stockholders will not have a right to vote on a decision to acquire the advisor or property managers and such transaction could dilute your holdings.

YOUR PERCENTAGE OF OWNERSHIP MAY BECOME DILUTED IF WE ISSUE NEW SHARES OF STOCK. Stockholders have no rights to buy additional shares of stock in the event we issue new shares of stock, known as preemptive rights. We may issue common stock, convertible debt or preferred stock in a subsequent public offering or a private placement, upon exercise of options, or to sellers of properties we directly or indirectly acquire instead of, or in addition to, cash consideration. Investors purchasing common stock in this offering who do not participate in any future stock issues will experience dilution in the percentage of the issued and outstanding stock they own. Your investment will not be diluted as a result of any future stock issues if we sell any subsequently issued common stock for cash or property having a value of not less than $10 per share. Options to purchase common stock to be issued to

22

<Page>

independent directors under our independent director stock option plan, and/or convertible securities, if any, likely will be exercised or converted at a time when we seek to obtain needed capital through a new offering of our securities and on terms more favorable than those provided by the offered securities. As long as options on convertible securities remain unexercised or unconverted, the terms on which we could raise additional capital may be adversely affected, increasing the likelihood of your ownership percentage being diluted.

THERE ARE INHERENT RISKS WITH REAL ESTATE INVESTMENTS. All real property investments are subject to some degree of risk. Equity real estate investments cannot be quickly converted to cash. This limits our ability to promptly vary our portfolio in response to changing economic, financial and investment conditions. Real property investments are also subject to adverse changes in general economic conditions or local conditions which reduce the demand for rental space. Other factors also affect real estate values, including:

- possible federal, state or local regulations and controls affecting rents, prices of goods, fuel and energy consumption and prices, water and environmental restrictions;

- increasing labor and material costs; and

- the attractiveness of the property to tenants in the neighborhood.

The yields available from equity investments in real estate depend in large part on the amount of rental income earned, as well as property operating

soliciting dealers.

passed on to soliciting dealers, in lieu of reimbursement of specific expenses associated with marketing. We may pay an additional 0.5% of the gross offering proceeds to the managing dealer, which may be passed on to the soliciting dealers, for due diligence expenses. We will not pay the marketing contribution and due diligence expense allowance in connection with any special sales, except those receiving volume discounts and those described in "Plan of Distribution - Volume Discounts."

due diligence expense allowance in connection with our initial public offering. The actual amount of marketing contribution and due diligence expense allowance in connection with this offering will depend on the number of shares sold. If there are no special sales and we sell the maximum number of shares offered, approximately $75,000,000 will be paid for the marketing contribution and the due diligence expense allowance.

</Table>

<Page>

40

<Table>
<Caption>

| TYPE OF COMPENSATION AND RECIPIENT | METHOD OF COMPENSATION | ESTIMATED MAXIMUM DOLLAR AMOUNT |
|---|---|---|
| <S> | <C> | <C> |
| Reimbursable expenses and other expenses of issuance and distribution | We expect to incur the following expenses in connection with this offering:<br><br>Securities and Exchange Commission registration | All amounts other than the Securities and Exchange Commission registration fee and the NASD filing fee are estimates. The actual amounts of these expenses cannot be determined at the present time. We estimate the total amount of the issuance and distribution expenses to be approximately $14,807,323. Through June 30, 2004, we have incurred $666,107 of reimbursable expenses to our advisor in connection with our initial public offering. In addition, as of December 31, 2003, our advisor had advanced an aggregate of approximately $1,763,306 for the payment of offering expenses to non-affiliated third parties in connection with our initial public offering, all of which has been repaid. |
| | Fee $ 340,823 | |
| | NASD filing fee $ 30,500 | |
| | Printing and mailing expenses $ 3,500,000 | |
| | Blue Sky fees and expenses $ 136,000 | |
| | Legal fees and expenses $ 650,000 | |
| | Accounting fees and expenses $ 650,000 | |
| | Advertising and sales literature $ 5,000,000 | |
| | Due diligence $ 3,000,000 | |
| | Transfer Agent fees $ 800,000 | |
| | Data processing fees $ 500,000 | |
| | Bank fees and other administrative expenses $ 200,000 | |
| | If the aggregate of all offering expenses, including selling commissions, the marketing contribution and due diligence expense allowance, exceeds 15% of the gross offering proceeds, of if the aggregate of all offering expenses, excluding the selling expenses, exceeds 5.5% of the gross offering proceeds, our advisor or its affiliates will personally pay the excess and we will have no liability for these expenses at any time afterward. | Our sponsor has not advanced any reimbursable expenses in connection with this offering. We may reimburse up to $14,807,323 for offering expenses advanced if we sell the maximum number of shares offered in this offering.<br><br>If this offering is not successful, then our sponsor will be solely responsible for the offering expenses to the extent it has not been reimbursed. |

</Table>

<Page>

41

<Table>
<Caption>

| TYPE OF COMPENSATION AND RECIPIENT | METHOD OF COMPENSATION | ESTIMATED MAXIMUM DOLLAR AMOUNT |
|---|---|---|
| <S> | <C> | <C> |
| Acquisition expenses paid to our advisor's affiliates, Inland Real Estate Acquisitions, Inc. and The Inland Real Estate Group, Inc. | We will pay an amount, estimated to be up to 0.5% of the total of (1) the gross offering proceeds from the sale of 250,000,000 shares, (2) the gross proceeds from the sale of up to 20,000,000 shares pursuant to the distribution reinvestment programs. The acquisition expenses for any particular property will not exceed 6% of the gross purchase price of the property.<br><br>However, if we request additional services, | We will pay no more than $13,450,000 for the reimbursement of acquisition expenses if the maximum number of shares are sold and all of the 20,000,000 shares are sold pursuant to the distribution reinvestment program.<br><br>However, the actual amounts |

| | However, the actual amounts the compensation will be provided on separate cannot be determined at the agreed-upon terms and the rate will be present time. approved by a majority of disinterested directors, including a majority of the disinterested independent directors, as fair and reasonable for us. | cannot be determined at the present time. |
|---|---|---|
| Interest expenses paid to our advisor and Inland Mortgage Corporation in connection with loans. | We may borrow money from our advisor and its affiliates in order to acquire properties. In such instances, we will pay our advisor and its affiliates interest at prevailing market rates. | The actual amounts are dependent on actual borrowings. Therefore, these amounts cannot be determined at the present time. |

OPERATIONAL STAGE

| Property management fee paid to our property managers, Inland Western Management Corp., Inland Northwest Property Management Corp., Inland Southwest Property Management Corp. and Inland Pacific Property Management Corp. We will pay the fee for services in connection with the rental, leasing, operation and management of the properties. | We will pay a monthly fee of 4.5% of the gross income from the properties. We will also pay a monthly fee for any extra services equal to no more than 90% of that which would be payable to an unrelated party providing the services. The property managers may subcontract their duties for a fee that may be less than the fee provided for in the management services agreements. | For the year ended December 31, 2003, and the six months ended June 30, 2004 we have incurred and paid property management fees of $16,627 and $1,154,272, of which 16,627 and $1,154,272 were retained by Inland Northwest Management Corp., Inland Pacific Management Corp., Inland Western Management Corp., and Inland Southwest Management Corp. If we acquire the businesses of our advisor and/or our property managers, the property management fees will cease. The actual amounts we will incur in the future are dependent upon results of operations and, therefore, cannot be determined at the present time. |

`</Table>`

42

`<Page>`
`<Table>`
`<Caption>`

| TYPE OF COMPENSATION AND RECIPIENT | METHOD OF COMPENSATION | ESTIMATED MAXIMUM DOLLAR AMOUNT |
|---|---|---|
| `<S>` | `<C>` | `<C>` |
| Advisors asset management fee. We will pay the fee for services in connection with our day-to-day operations, including making strategic decisions, performing day-to-day operations that include accounting, investment advisory services, risk management services and tax reduction services and providing other services as our board deems appropriate. | We will pay our advisor an asset management fee after our stockholders have first received a 6% annual return. | As of June 30, 2004, we have not paid or accrued any advisor asset management fees. The actual amounts we will incur in the future are dependent upon results of operations and, therefore, cannot be determined at the present time. |
| Reimbursable expenses to our advisor. These may include costs of goods and services, administrative services and non-supervisory services performed directly for us by independent parties. | We will reimburse some expenses of the advisor. The compensation and reimbursements to our advisor will be approved by a majority of our directors and a majority of our independent directors as fair and reasonable for us. | The actual amounts are dependent upon results of operations and, therefore, cannot be determined at the present time. |
| We will reimburse some expenses of the Inland Risk and Insurance Management Services for insurance coverage. | Inland Risk and Insurance Management Services charges us $50 per hour for assistance in obtaining insurance coverage. Any commissions they receive are credited against this hourly rate. We believe this hourly rate is approximately 90% of the rate charged by unaffiliated third parties. The compensation to this company will be approved by a majority of our directors and a majority of our independent directors as fair and reasonable for us. | The actual amounts are dependent upon results of operations and, therefore, cannot be determined at the present time. |
| We will compensate the Inland Mortgage Servicing Corporation and Inland Mortgage Investment Corporation for purchase, sale and servicing of mortgages | Inland Mortgage Servicing Corporation charges us .03% per year on the first billion dollars of mortgages serviced and .01% thereafter. Inland Mortgage Investment Corporation charges us .03% of the principal amount of each loan placed. The compensation to these companies will be approved by a majority of our directors and a majority of our independent directors as fair and reasonable for us. | For the year ended December 31, 2003, and the six months ended June 30, 2004 we have incurred and paid $328 and $21,276 to Inland Mortgage Servicing Corporation. For the year ended December 31, 2003, and the six months ended June 30, 2004 we have incurred and paid $59,523 and $1,122,042 to Inland Mortgage Investment |

is reimbursed for the cost to it and its affiliates of goods and services used for and by us and obtained from unaffiliated parties. It is also reimbursed for related administrative services. We bear our own expenses for functions the advisor is not required to perform under the advisory agreement. These generally include capital raising and financing activities, corporate governance matters and other activities not directly related to our properties.

REIMBURSEMENT BY ADVISOR. For any year in which we qualify as a REIT, our advisor must reimburse us for the amounts, if any:

75

<Page>

- by which our total operating expenses paid during the previous fiscal year exceed the greater of

  - 2% of our average assets for that fiscal year or

  - 25% of our net income, before any additions to or allowance for reserves for depreciation, amortization or bad debts or other similar low-cash reserves before any gain from the sale of our assets, for that fiscal year;

- PLUS an amount, so long as it does not exceed the amount of the advisor asset management fee for that year, equal to any deficit between the total amount of distributions to stockholders for such fiscal year and the current return. Current return refers to a cumulative, non-compounded return, equal to 6% per annum on net investment.

The advisor is also obligated to pay organization and offering expenses in excess of specified levels. See "Compensation Table" for a description of the fees and reimbursements to which the advisor is entitled. Provided however, only so much of the excess specified in the first bullet point above will be required to be reimbursed as the board, including a majority of the independent directors, determines should justifiably be reimbursed in light of such unanticipated, unusual or non-recurring factors which may have occurred within 60 days after the end of the quarter for which the excess occurred. In this event, the stockholders will be sent a written disclosure and explanation of the factors the independent directors considered in arriving at the conclusion that the higher total operating expenses were justified.

BUSINESS COMBINATION BETWEEN US AND THE ADVISOR. Many REITs that are listed on a national stock exchange or included for quotation on a national market system are considered self-administered, because their employees perform all significant management functions. In contrast, those that are not self-administered, like us, typically engage a third-party, such as our advisor, to perform management functions on its behalf. If for any reason the independent directors determine that we should become self-administered, the advisory agreement permits the business conducted by the advisor, including all of its assets, to be acquired by or consolidated into us. A similar provision is included in each management agreement permitting acquisition of the business conducted by the respective property manager, including all of its assets. Until September 15, 2008, such a business combination could only take place with our consent and that of the advisor and property managers. After September 15, 2008, we could acquire these companies in a business combination without their consent.

If the businesses conducted by the advisor and/or a property manager are acquired by or consolidated into us, the advisor and/or the property manager and/or their respective stockholders or members will receive a number of shares in exchange for terminating their respective management agreements and the release and waiver of all fees payable under them. We will be obligated to pay any fees accrued under such contractual arrangements for services rendered through the closing of the acquisitions.

The number of shares we will issue to the advisor and/or the property managers, as the case may be, will be determined as follows:

- We will first send an election notice to the advisor and/or the property manager, as the case may be, of our election to proceed with such a transaction.

- Next, the net income of the advisor and/or the property manager, as the case may be, for the calendar monthly period immediately preceding the calendar month in which the business combination agreement is signed, as determined by an independent audit conducted in

76

<Page>

accordance with generally accepted auditing standards, will be annualized. The advisor or the property manager will bear the cost of the audit.

- The annualized net income will then be multiplied by 90% and divided by our funds from operations per weighted average share. Funds from operations per weighted average share will be equal to our annualized funds from operations per weighted average share for the fiscal quarter immediately preceding the fiscal quarter in which the business combination agreement is signed, all based upon our quarterly report

| | |
|---|---|
| Advertising and sales literature | $5,000,000 |
| Due diligence | $3,000,000 |
| Transfer Agent fees | $ 800,000 |
| Data processing fees | $ 500,000 |
| Bank fees and other administrative expenses | $ 200,000 |

If the aggregate of all offering expenses, including selling commissions, the marketing contribution and due diligence expense allowance, exceeds 15% of the gross offering proceeds, or if the aggregate of all offering expenses, excluding the selling expenses, exceeds 5.5% of the gross offering proceeds, our advisor or its affiliates will promptly pay the excess and we will have no liability for

the payment of offering expenses to non-affiliated third parties in connection with our initial public offering, all of which has been repaid.

Our sponsor has not advanced any reimbursable expenses in connection with this offering. We may reimburse up to $14,807,323 for offering expenses advanced if we sell the maximum number of shares offered in this offering.

If this offering is not successful, then

</Table>

<Page>

301

<Table>
<Caption>

| TYPE OF COMPENSATION AND RECIPIENT | METHOD OF COMPENSATION | ESTIMATED MAXIMUM DOLLAR AMOUNT |
|---|---|---|
| <S> | <C> | <C> |
| | these expenses at any time afterward. | our sponsor will be solely responsible for the offering expenses to the extent it has not been reimbursed. |
| | ACQUISITION STAGE | |
| Acquisition expenses paid to our advisor's affiliates, Inland Real Estate Acquisitions, Inc. and The Inland Real Estate Group, Inc. | We will pay an amount, estimated to be up to 0.5% of the total of (1) the gross offering proceeds from the sale of 250,000,000 shares, (2) the gross proceeds from the sale of up to 20,000,000 shares pursuant to the distribution reinvestment programs. The acquisition expenses for any particular property will not exceed 6% of the gross purchase price of the property. | We may pay no more than $13,450,000 for the reimbursement of acquisition expenses if the maximum number of shares are sold and all of the 20,000,000 shares are sold pursuant to the distribution reinvestment program. However, the actual amounts cannot be determined at the present time. |
| | However, if we request additional services, the compensation will be provided on separate agreed-upon terms and the rate will be approved by a majority of disinterested directors, including a majority of the disinterested independent directors, as fair and reasonable for us. | |
| Interest expenses paid to our advisor and Inland Mortgage Corporation in connection with loans. | We may borrow money from our advisor and its affiliates in order to acquire properties. In such instances, we will pay our advisor and its affiliates interest at prevailing market rates. | The actual amounts are dependent on actual borrowings. Therefore, these amounts cannot be determined at the present time. |
| | OPERATIONAL STAGE | |
| Property management fee paid to our property managers, Inland Western Management Corp., Inland Northwest Property Management Corp., Inland Southwest Property Management Corp. and Inland Pacific Property Management Corp. We will pay the fee for services in connection with the rental, leasing, operation and management of the properties. | We will pay a monthly fee of 4.5% of the gross income from the properties. We will also pay a monthly fee for any extra services equal to no more than 90% of that which would be payable to an unrelated party providing the services. The property managers may subcontract their duties for a fee that may be less than the fee provided for in the management services agreements. | For the year ended December 31, 2003, and the six months ended June 30, 2004 we have incurred and paid property management fees of $16,627 and $1,154,272, of which 16,627 and $1,154,272 were retained by Inland Northwest Management Corp., Inland Pacific Management Corp., Inland Western Management Corp., and Inland Southwest Management Corp. If we acquire the businesses of our advisor and/or our property managers, the property management fees will cease. The actual amounts we will incur in the future are dependent upon results of operations and, therefore, cannot be determined at the present time. |

</Table>

<Page>

302

<Table>
<Caption>

| TYPE OF COMPENSATION AND RECIPIENT | METHOD OF COMPENSATION | ESTIMATED MAXIMUM DOLLAR AMOUNT |
|---|---|---|
| <S> | <C> | <C> |
| Advisors asset management fee. We will pay the fee for services in connection with our day-to-day operations, including making strategic decisions, performing day-to-day operations that include accounting, investment advisory services, risk management services and tax | We will pay our advisor an asset management fee after our stockholders have first received a 6% annual return. | As of June 30, 2004, we have not paid or accrued any advisor asset management fees. The actual amounts we will incur in the future are dependent upon results of operations and, therefore, cannot be determined at the present time. |

We are filing this registration statement on Form S-11 with the Securities and Exchange Commission in connection with our initial public offering. We are required to file annual, quarterly and current reports, proxy statements and other information with the Securities and Exchange Commission.

This prospectus is part of the registration statement and does not contain all of the information included in the registration statement and all of its exhibits, certificates and schedules. Whenever a reference is made in this prospectus to any contract or other document of ours, the reference may not be complete and you should refer to the exhibits that are a part of the registration statement for a copy of the contract or document.

You can read our registration statement and our future SEC filings over the Internet at www.sec.gov. You may also read and copy any document we file with the SEC at its Public Reference Room at 450 Fifth Street, N.W., Washington, D.C. 20549.

You may also obtain copies of the documents at prescribed rates by writing to the Public Reference Section of the SEC at 450 Fifth Street, N.W., Washington, D.C. 20549. Please call the SEC at

308

<Page>

1 800 SEC-0330 or e-mail at publicinfo@sec.gov for further information on the operation of the public reference facilities.

309

<Page>

INDEX TO FINANCIAL STATEMENTS
AND
FINANCIAL STATEMENTS

<Table>
<Caption>

|     |     |                                                                                                 | PAGE<br><C> |
| --- | --- | ----------------------------------------------------------------------------------------------- | ----------- |
| <S> |     |                                                                                                 |             |
| 1.  | INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.: |                                                                      |             |
|     | (a) | Report of Independent Registered Public Accounting Firm............................................ | F-10 |
|     | (b) | Consolidated Balance Sheet at December 31, 2003 (audited)........................... | F-11 |
|     | (c) | Consoldiated Statement of Operations for the period from March 5, 2003 (inception) through December 31, 2003 (audited).................................................................... | F-13 |
|     | (d) | Consolidated Statement of Stockholders' Equity for the period from March 5, 2003 (inception) to December 31, 2003 (audited)........................................................ | F-14 |
|     | (e) | Consolidated Statement of Cash Flows for the period from March 5, 2003 (inception) to December 31, 2003 (audited)........................................................................ | F-15 |
|     | (f) | Notes to Consolidated Financial Statements (audited)............................... | F-17 |
|     | (g) | Consolidated Balance Sheets at June 30, 2004 (unaudited) and December 31, 2003..... | F-32 |
|     | (h) | Consolidated Statements of Operations for the three and six months ended June 30, 2004, three months ended June 30, 2003, and the period from March 5, 2003 (inception) through June 30, 2003 (unaudited)............................................................. | F-34 |
|     | (i) | Consolidated Statement of Stockholders' Equity for the six month period ended June 30, 2004 (unaudited)................................................................... | F-35 |
|     | (j) | Consolidated Statements of Cash Flows for the six months ended June 30, 2004, and the period from March 5, 2003 (inception) to June 30, 2003 (unaudited)..................... | F-36 |
|     | (k) | Notes to Consolidated Financial Statements (unaudited)............................. | F-38 |
|     | (l) | Pro Forma Consolidated Balance Sheet (unaudited) at June 30, 2004................... | F-51 |
|     | (m) | Notes to Pro Forma Consolidated Balance Sheet (unaudited) at June 30, 2004......... | F-53 |
|     | (n) | Pro Forma Consolidated Statement of Operations (unaudited) for the six months ended June 30, 2004........................................................................... | F-55 |
|     | (o) | Notes to Pro Forma Consolidated Statement of Operations (unaudited) for the six months ended June 30, 2004................................................................ | F-57 |
|     | (p) | Pro Forma Consolidated Statements of Operations (unaudited) for the year ended December 31, 2003......................................................................... | F-60 |
|     | (q) | Notes to Pro Forma Consolidated Statements of Operations (unaudited) for December 31, 2003......................................................................... | F-62 |
| 2.  | SHOPS AT PARK PLACE: |                                                                                          |             |
|     | (a) | Report of Independent Registered Public Accounting Firm............................ | F-66 |
|     | (b) | Historical Summary of Gross Income and Direct Operating Expenses for the year ended December 31, 2002 and the nine months ended September 30, 2003 (unaudited)............ | F-67 |

F-1

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(continued)

December 31, 2003

<Table>
<S>                                   <C>
Operational stage:

| Property management fee THIS FEE TERMINATES UPON A BUSINESS COMBINATION WITH THE PROPERTY MANAGEMENT COMPANY. | 4.5% of the gross income from the properties. (cannot exceed 90% of the fee which would be payable to an unrelated third party) |
| Loan servicing fee | .03% of the total principal amount of the loans being serviced For each full year, up to the first $100 million and a lesser percentage on a sliding scale thereafter |
| Other property level services | Compensation for these services will not exceed 90% of that which would be paid to any third party for such services |
| Reimbursable expenses relating to administrative services | The compensation and reimbursements to our Advisor and its affiliates will be approved by a majority of our directors |

Liquidation stage:

| Property disposition fee THIS FEE TERMINATES UPON A BUSINESS COMBINATION WITH THE ADVISOR | Lesser of 3% of sales price or 50% of the customary commission which would be paid to a third party |

Subordinated payments:

Operational stage:

| Advisor asset management fee THIS FEE TERMINATES UPON A BUSINESS COMBINATION WITH THE ADVISOR | Not more than 1% per annum of our average assets; Subordinated to a non-cumulative, non-compounded return, equal to 6% per annum |

Liquidation stage:

| Incentive advisory fee THIS FEE TERMINATES UPON A BUSINESS COMBINATION WITH THE ADVISOR | After the stockholders have first received a 10% cumulative, non-compounded return per year and a return of their net investment, an incentive advisory fee equal to 15% on net proceeds from the sale of a property will be paid to the Advisor |

</Table>

On October 31, 2003, the Company acquired an existing shopping center known as The Shops at Park Place through the purchase of all of the membership interests of the general partner and the membership interests of the limited partner of the limited partnership holding title to this property. The center contains approximately 116,300 gross leasable square feet and is located in Plano, Texas. An affiliate of our Advisor, Inland Park Place Limited Partnership, acquired this property on September 30, 2003 from CDG Park Place LLC, an unaffiliated third party for $23,868,000. Inland Park Place Limited Partnership agreed to sell this property to the Company when sufficient funds from the sale of shares to acquire

F-21

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

(continued)

December 31, 2003

this property were raised. Inland Park Place Limited Partnership agreed to sell this property to the Company for the price the affiliate paid to the unaffiliated third party, plus any actual costs incurred. The Company's board of directors unanimously approved acquiring this property, including a unanimous vote of the independent directors. The total acquisition cost to the Company was $24,000,000, which included $132,000 of costs incurred by the affiliate.

The Advisor and its affiliates are entitled to reimbursement for salaries and expenses of employees of the Advisor and its affiliates relating to the offering. In addition, an affiliate of the Advisor is entitled to receive

selling commissions, and the marketing contribution and due diligence expense allowance from the Company in connection with the offering. Such costs are offset against the Stockholders' equity accounts. Such costs totaled $16,859,779 for the period from March 5, 2003 (inception) to December 31, 2003, of which $1,369,366 was unpaid at December 31, 2003.

The Advisor and its affiliates are entitled to reimbursement for general and administrative costs of the Advisor and its affiliates relating to our administration. Such costs are included in general and administrative expenses to affiliates, professional services to affiliates, and acquisition cost expenses to affiliates, in addition to costs that were capitalized pertaining to property acquisitions. During the period from March 5, 2003 (inception) to December 31, 2003, the Company incurred $194,017 of these costs, of which $40,703 remained unpaid as of December 31, 2003.

An affiliate of the Advisor provides loan servicing to the Company for an annual fee. The agreement allows for annual fees totaling .05% of the first $100,000,000 in mortgage balance outstanding and .03% of the remaining mortgage balance, payable monthly. Such fees totaled $328 in the period from March 5, 2003 (inception) to December 31, 2003.

The Company used the services of an affiliate of the Advisor to facilitate the mortgage financing that the Company obtained on some of the properties purchased. Such costs are capitalized as loan fees and amortized over the respective loan term. During the period from March 5, 2003 (inception) to December 31, 2003, the Company paid loan fees totaling $59,523 to this affiliate.

The property managers, entities owned principally by individuals who are affiliates of the Advisor, are entitled to receive property management fees totaling 4.5% of gross operating income, for management and leasing services. The Company incurred and paid property management fees of $16,627 for the period from March 5, 2003 (inception) to December 31, 2003. None remained unpaid as of December 31, 2003.

The Company established a discount stock purchase policy for affiliates of the Company and the Advisor that enables the affiliates to purchase shares of common stock at a discount at either $8.95 or $9.50 per share depending when the shares are purchased. The Company sold 59,497 shares to affiliates and recognized an expense related to these discounts of $62,472 for the period from March 5, 2003 (inception) to December 31, 2003.

As of December 31, 2003 the Company was due funds from affiliates in the amount of $918,750 which is comprised of $73,750 due from an affiliate for costs paid on their behalf by the Company and $845,000 which is due from the sponsor for reimbursement of December distributions paid in January by the Company. The sponsor has agreed to advance funds to the Company for distributions paid to our shareholders until funds from operations are adequate to cover the distributions. As of December 31, 2003 the Company owed funds to the sponsor in the amount of $1,202,517 for repayment of these funds.

As of December 31, 2003 the Company owed funds to an affiliate in the amount of $2,154,158 for the reimbursement of costs paid by the affiliate on behalf of the Company.

F-22

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(continued)

December 31, 2003

(3) Stock Option Plan

The Company has adopted an Independent Director Stock Option Plan which, subject to certain conditions, provides for the grant for each independent director of an option to acquire 3,000 shares following their becoming a director and for the grant of additional options to acquire 500 shares on the date of each annual stockholders' meeting. The options for the initial 3,000 shares are exercisable as follows: 1,000 shares on the date of grant and 1,000 shares on each of the first and second anniversaries of the date of grant. The subsequent options will be exercisable on the second anniversary of the date of grant. The initial options will be exercisable at $8.95 per share. The subsequent options will be exercisable at the fair market value of a share on the last business day preceding the annual meeting of stockholders. As of December 31, 2003, we have issued 3,000 options to acquire shares to each of our independent directors, for a total of 15,000 options, of which none have been exercised or expired.

The per share weighted average fair value of options granted was $0.60 on the date of the grant using the Black Scholes option-pricing model with the following assumptions: expected dividend yield of 8%, risk free interest rate of 2.0%, expected life of five years and expected volatility rate of 18.0%. The Company has recorded $3,000 as expense for the 5,000 options (1,000 options per director) vesting upon the date of grant as of December 31, 2003 and will record the remaining $6,000 in expense ratably over the remaining two-year vesting period.

investment properties for which the funds may be released to the seller when
certain leasing conditions have been met.

Notes receivable relate to real estate financing arrangements and bear interest
at a market rate based on the borrower's credit quality and are recorded at face
value. Interest is recognized over the life of the note. The Company requires
collateral for the notes.

F-41

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(continued)

A note is considered impaired pursuant to Financial Accounting Standards Board's
Statement of Financial Accounting Standards or SFAS No. 114, Accounting by
Creditors for Impairment of a Loan. Pursuant to SFAS No. 114, a note is impaired
if it is probable that the Company will not collect all principal and interest
contractually due. The impairment is measured based on the present value of
expected future cash flows discounted at the note's effective interest rate. The
Company does not accrue interest when a note is considered impaired. When
ultimate collectibility of the principal balance of the impaired not is in
doubt, all cash receipts on impaired notes are applied to reduce the principal
amount of such notes until the principal has been recovered and are recognized
as interest income, thereafter.

The carrying amount of the Company's debt approximates fair value. The carrying
amount of the Company's other financial instruments approximate fair value
because of the relatively short maturity of these instruments.

(3) TRANSACTIONS WITH AFFILIATES

The Advisor contributed $200,000 to the capital of the Company for which it
received 20,000 shares of common stock.

As of June 30, 2004 and December 31, 2003, the Company had incurred $93,674,110
and $22,144,814 of offering costs, of which $70,096,693 and $16,859,779,
respectively, were paid or accrued to affiliates. Pursuant to the terms of the
offering, the Advisor has guaranteed payment of all public offering expenses
(excluding sales commissions and the marketing contribution and the due
diligence expense allowance) in excess of 5.5% of the gross proceeds of the
offering or all organization and offering expenses (including selling
commissions) which together exceed 15% of gross proceeds. As of June 30, 2004
and December 31, 2003, offering costs did not exceed the 5.5% and 15%
limitations. The Company anticipates that these costs will not exceed these
limitations upon completion of the offering.

The Company pays an advisor asset management fee of not more than 1% of the
average assets. Average asset value is defined as the average of the total book
value of the Company's real estate assets plus the Company's loans receivable
secured by real estate, before reserves for depreciation, reserves for bad debt
or other similar non-cash reserves. The Company computes the average assets by
taking the average of these values at the end of each month for which the fee is
being calculated. The fee is payable quarterly in an amount equal to 1/4 of 1%
of average assets as of the last day of the immediately preceding quarter. For
any year in which the Company qualifies as a REIT, the advisor must reimburse
the Company for the following amounts if any: (i) the amounts by which total
operating expenses, the sum of the advisor asset management fee plus other
operating expenses, paid during the previous fiscal year exceed the greater of:
(i) 2% of average assets for that fiscal year, or (ii) 25% of net income for
that fiscal year; plus (2) an amount, which will not exceed the advisor asset
management fee for that year, equal to any difference between the total amount
of distributions to stockholders for that year and the 6% minimum annual return
on the net investment of stockholders. The Company neither paid nor accrued such
fees because the Advisor agreed to forego such fees for the six months ended
June 30, 2004.

F-42

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(continued)

The Advisor and its affiliates are entitled to reimbursement for salaries and
expenses of employees of the Advisor and its affiliates relating to the
offering. In addition, an affiliate of the Advisor is entitled to receive
selling commissions, and the marketing contribution and due diligence expense
allowance from the Company in connection with the offering. Such costs are
offset against the Stockholders' equity accounts. Such costs totaled $70,096,693
as of June 30, 2004, of which $468,907 was unpaid at June 30, 2004.

The Advisor and its affiliates are entitled to reimbursement for general and
administrative costs of the Advisor and its affiliates relating to the Company's
administration. Such costs are included in general and administrative expenses
to affiliates, professional services to affiliates, and acquisition cost
expenses to affiliates, in addition to costs that were capitalized pertaining to
property acquisitions. For the three month period ended June 30, 2004 and the
six month period ended June 30, 2004, the Company incurred $371,336 and $637,359
of these costs, respectively, of which $218,000 remained unpaid as of June 30,

2004.

An affiliate of the Advisor provides loan servicing to the Company for an annual fee. The agreement allows for annual fees totaling .03% of the first $1 billion in mortgage balance outstanding and .01% of the remaining mortgage balances, payable monthly. Such fees totaled $17,065 for the three months ended June 30, 2004 and $21,276 for the six months ended June 30, 2004, respectively.

The Company used the services of an affiliate of the Advisor to facilitate the mortgage financing that the Company obtained on some of the properties purchased. The Company pays the affiliate .02% of the principal amount of each loan obtained on the Company's behalf. Such costs are capitalized as loan fees and amortized over the respective loan term. For the three months ended June 30, 2004 and for the six months ended June 30, 2004, the Company paid loan fees totaling $754,229 and $1,122,042 to this affiliate, respectively.

The property managers, entities owned principally by individuals who are affiliates of the Advisor, are entitled to receive property management fees totaling 4.5% of gross operating income, for management and leasing services. The Company incurred property management fees of $740,857 and $1,154,272 for the three and six months ended June 30, 2004, respectively. None remained unpaid as of June 30, 2004.

The Company established a discount stock purchase policy for affiliates of the Company and the Advisor that enables the affiliates to purchase shares of common stock at a discount at either $8.95 or $9.50 per share depending on when the shares are purchased. The Company sold 70,933 and 510,839 shares to affiliates and recognized an expense related to these discounts of $36,129 and $336,129 for the three and six months ended June 30, 2004, respectively.

As of June 30, 2004 and December 31, 2003 the Company was due funds from affiliates in the amount of $1,553,689 and $918,750, respectively which is comprised of $1,551,739 and $845,000, respectively, which is due from the sponsor for reimbursement of a portion of distributions paid in 2004. The remaining $1,950 and $73,750 as of June 30, 2004 and December 31, 2003, respectively is due from an affiliate for costs paid on their behalf by the Company. The sponsor has agreed to advance funds to the Company for a portion of distributions paid to the Company's shareholders until funds from operations are adequate to cover the distributions. The Sponsor forgave $2,369,139 of these amounts during the second quarter of 2004 and these funds are no longer due and are recorded as a contribution to capital in the accompanying consolidated financial statements. As of June 30, 2004 the Company owed funds to the sponsor in the amount of $1,253,477 for repayment of these advances.

As of June 30, 2004 and December 31, 2003 the Company owed funds to an affiliate in the amount of $100,000 and $2,154,158, respectively, for the reimbursement of costs paid by the affiliate on behalf of the Company. Both amounts were repaid during 2004.

F-43

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
(A Maryland Corporation)

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
(continued)

(4) STOCK OPTION PLAN

The Company has adopted an Independent Director Stock Option Plan which, subject to certain conditions, provides for the grant to each independent director of an option to acquire 3,000 shares following their becoming a director and for the grant of additional options to acquire 500 shares on the date of each annual stockholders' meeting. The options for the initial 3,000 shares are exercisable as follows: 1,000 shares on the date of grant and 1,000 shares on each of the first and second anniversaries of the date of grant. The subsequent options will be exercisable on the second anniversary of the date of grant. The initial options will be exercisable at $8.95 per share. The subsequent options will be exercisable at the fair market value of a share on the last business day preceding the annual meeting of stockholders. As of June 30, 2004 and December 31, 2003 we have issued 3,500 and 3,000 options, respectively, to acquire shares to each of our independent directors, for a total of 17,500 and 15,000 options, of which none have been exercised or expired.

(5) LEASES

Master Lease Agreements

In conjunction with certain acquisitions, the Company received payments under master lease agreements pertaining to some non-revenue producing spaces at the time of purchase, for periods ranging from three months to three years after the date of purchase or until the spaces are leased. As these payments are received, they are recorded as a reduction in the purchase price of the respective property rather than as rental income. The cumulative amount of such payments was $363,940 as of June 30, 2004.

Operating leases

Minimum lease payments to be received in the future under operating leases, excluding rental income under master lease agreements and assuming no expiring leases are renewed, are as follows:

<Table>
<Caption>

| | | | |
|---|---|---|---|
| Property operating | 16,210,458 | - | 16,210,458 |
| Management fee | - | 2,481,244 | 2,481,244 |
| Interest expense | - | 14,201,307 | 14,201,307 |
| Depreciation | - | 17,718,382 | 17,718,382 |
| Amortization | - | 3,204,241 | 3,204,241 |
| Total Expenses | 16,210,458 | 37,605,174 | 53,815,632 |
| Net Income (loss) | $ 40,398,336 | (38,695,605) | 1,702,731 |

</Table>

(1) Unaudited combined gross income and direct operating expenses based on
    information provided by the Seller for the following properties:

    Newman Crossing II, Hickory Ridge, CorWest Plaza, Metro Square (Super
    Value) Center, Larkspur Landing, North Ranch Pavilion, La Plaza Del Norte,
    MacArthur Crossing, Promenade at Red Cliff, Peoria Crossings, Dorman Center
    - Phase I, Heritage Towne Crossing, Paradise Valley Marketplace, Best on
    the Boulevard, Bluebonnet Parc, North Rivers Town Center, Alison's Corner,
    Arvada Connection and Arvada Marketplace, Eastwood Town Center, Watauga
    Pavilion, Northpointe Plaza, Plaza Santa Fe II, Pine Ridge Plaza, Huebner
    Oaks Center, John's Creek Village, Lakewood Towne Center, Shoppes at
    Prominence Point, Northgate North, Davis Towne Crossing, Fullerton
    Metrocenter, Low Country Village, The Shops at Boardwalk, Shoppes of
    Dallas, Cranberry Square, Dorman Center - Phase II, Tollgate Marketplace,
    Gateway Village, Towson Circle, Gateway Plaza, Plaza at Marysville, Forks
    Town Center, Reisterstown Road Plaza, Village Shoppes at Simonton,
    Manchester Meadows, Governor's Marketplace, Mitchell Ranch Plaza, The
    Columns, and Boulevard at Capital Centre.

(C) The advisor asset management fee is expected to be subordinated to the
    shareholders' receipt of a stated return thus no amount is reflected.

F-57

<Page>

INLAND WESTERN RETAIL ESTATE TRUST, INC.
NOTES TO PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS
FOR THE SIX MONTHS ENDED JUNE 30, 2004 (CONTINUED)
(UNAUDITED)

(D) Buildings and improvements will be depreciated on a straight line basis
    based upon estimated useful lives of 30 years for building and improvements
    and 15 years for site improvements. That portion of the purchase price that
    is allocated to above or below lease intangibles will be amortized on a
    straight line basis over the life of the related leases as an adjustment to
    rental income. Other leasing costs, tenant improvements and in-place lease
    intangibles will be amortized on a straight line basis over the life of the
    related leases as a component of amortization expense.

(E) The pro forma weighted average shares of common stock outstanding for the
    six months ended June 30, 2004 was calculated using the additional shares
    sold to purchase each of the properties on a weighted average basis plus
    the 20,000 shares purchased by the Advisor in connection with our
    organization.

(F) Management fees are calculated as 4.5% of gross revenues pursuant to the
    management agreement.

(G) The value of the acquired leases will be amortized over the lease term.

(H) The pro forma adjustments relating to interest expense were based on the
    following debt terms:

<Table>
<Caption>

| | Mortgage Payable | Interest Rate | Maturity Date |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| The Shops at Boardwalk | $ 20,150,000 | 4.130% | 08/09 |
| Cranberry Square | 10,900,000 | 4.975% | 08/09 |
| Tollgate Marketplace | 39,765,000 | LIBOR + 120 | 07/09 |
| Gateway Village (Loan Note A) | 27,233,000 | LIBOR + 113 | 07/09 |
| Gateway Village (Loan Note B) | 4,225,000 | LIBOR + 200 | 08/05 |
| Towson Circle (Loan Note A) | 15,647,500 | 5.100% | 07/09 |
| Towson Circle (Loan Note B) | 3,550,000 | LIBOR + 200 | 08/05 |
| Wal-Mart Supercenter - Blytheville | 7,100,000 | 4.390% | 09/09 |
| Wrangler Company Western Headquarters | 11,300,000 | 5.090% | 08/27 |
| Plaza at Marysville | 11,800,000 | 5.085% | 08/09 |
| Forks Town Center | 10,395,000 | 4.970% | 09/09 |
| Academy Sports - Houma | 2,920,000 | 5.120% | 09/09 |
| Wal-Mart Supercenter - Jonesboro | 6,088,500 | 5.085% | 09/09 |
| Reisterstown Road Plaza | 49,650,000 | 5.300% | 09/09 |
| Governor's Marketplace | 20,625,000 | 5.185% | 09/09 |
| Manchester Meadows | 31,065,000 | 4.480% | 09/07 |
| John's Creek Village | 23,300,000 | 5.100% | 08/09 |
| Fullerton Metrocenter | 28,050,000 | 5.090% | 08/09 |
| Northgate North | 26,650,000 | 4.600% | 07/08 |
| Eckerd Drug Stores (4) | 6,800,000 | 5.275% | 08/09 |
| Pine Ridge Plaza | 14,700,000 | 5.085% | 08/09 |
| Davis Towne Crossing | 5,365,200 | 5.185% | 09/09 |
| Shoppes at Prominence Point | 9,954,300 | 5.235% | 09/09 |

```
Newman Crossing                          21,543,000            4.380%        03/09
Shaw's Supermarket - New Britain          6,450,000            4.680%        11/08
Stony Creek Marketplace                  14,162,000            4.770%        01/11
CorWest Plaza                            18,150,000            4.560%        02/09
Hickory Ridge                            23,650,000            4.531%        02/09
Larkspur Landing                         33,630,000            4.450%        02/09
North Ranch Pavilion                     10,157,000            4.120%        04/09
La Plaza Del Norte                       32,528,000            4.610%        03/10
</Table>
```

F-58

<Page>

INLAND WESTERN RETAIL ESTATE TRUST, INC.
NOTES TO PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS
FOR THE SIX MONTHS ENDED JUNE 30, 2004 (CONTINUED)
(UNAUDITED)

<Table>
<Caption>

| | Mortgage Payable | Interest Rate | Maturity Date |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Peoria Crossings | 20,497,000 | 4.090% | 04/09 |
| Eckerd - Edmund | 1,850,000 | 4.374% | 06/09 |
| Eckerd - Norman | 2,900,000 | 4.374% | 06/09 |
| Pavilion at King's Grant | 5,342,000 | 4.390% | 05/09 |
| Metro Square Center | 6,067,000 | 4.280% | 04/09 |
| MacArthur Crossing | 12,700,000 | 4.290% | 05/09 |
| Promenade at Red Cliff | 10,590,000 | 4.290% | 05/09 |
| Dorman Center I | 27,610,000 | 4.180% | 05/09 |
| Heritage Towne Crossing | 8,950,000 | 4.374% | 06/09 |
| Paradise Valley Marketplace | 15,681,000 | 4.550% | 05/09 |
| Best on the Boulevard | 19,525,000 | 3.990% | 05/09 |
| Bluebonnet Parc | 12,100,000 | 4.372% | 05/09 |
| North River Town Center | 11,050,000 | 4.760% | 05/09 |
| Alison's Corner | 3,850,000 | 4.272% | 06/10 |
| Watauga Pavilion | 17,100,000 | 4.140% | 06/10 |
| Northpointe Plaza | 30,850,000 | 4.272% | 05/09 |
| Plaza Santa Fe II | 17,552,000 | 6.200% | 12/12 |
| Arvada Marketplace and Arvada Connection | 28,510,000 | 4.130% | 07/09 |
| Huebner Oaks Center (Loan Note A) | 31,723,000 | 4.200% | 07/10 |
| Huebner Oaks Center (Loan Note B) | 16,277,000 | 3.960% | 07/10 |
| Eastwood Towne Center | 46,750,000 | 4.640% | 07/09 |
| Lakewood Towne Center (Loan Note A) | 44,000,000 | 2.680% | 06/09 |
| Lakewood Towne Center (Loan Note B) | 7,260,000 | 3.830% | 07/05 |
</Table>

F-59

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2003
(UNAUDITED)

The following unaudited Pro Forma Consolidated Statement of Operations is
presented to give effect the acquisition of the properties indicated in Note
B of the Notes to the Pro Forma Consolidated Statement of Operations as
though they occurred on January 1, 2003 or the date significant operations
commenced. No pro forma adjustments have been made for any potential property
acquisitions identified as of September 1, 2004. The Company does not
consider these properties as probable under Rule 3-14 of Regulation S-X as
the Company has not completed the due diligence process on these properties.
Additionally, the Company has not received sufficient offering proceeds or
obtained firm financing commitments to acquire all of these properties as of
September 1, 2004. The Company believes it will have sufficient cash from
offering proceeds raised and from additional financing proceeds to acquire
these properties. No pro forma adjustments were made for the Eckerd - Edmond
and the Eckerd - Norman as the properties were completed in 2003 and there
were no significant operations prior to our acquisition. No pro forma
adjustments were made for Eckerd - Greer, Eckerd -Kill Devil Hills, Eckerd -
Columbia, Eckerd - Crossville, Shoppes at Prominence Point, Low Country
Village, Shoppes of Dallas, Kohl's - Wilshire Plaza III, Dorman Center -
Phase II, Academy Sports - Houma or Village Shoppes at Simonton, as the
properties were completed in 2004 and there were no significant operations in
2003. No pro forma adjustments were made related to the Pacheo Pass and
Quakertown notes receivable as the properties were completed in 2004 and
there were no significant operations prior to our funding of the notes
receivable.

This unaudited Pro Forma Consolidated Statement of Operations is not necessarily
indicative of what the actual results of operations would have been for the year
ended December 31, 2003, nor does it purport to represent our future results of
operations.

F-60

<Page>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2003
(UNAUDITED)

<Table>

Arvada Marketplace, Eastwood Town Center, Watauga Pavilion, Northpointe Plaza, Plaza Santa Fe II, Pine Ridge Plaza, Huebner Oaks Center, John's Creek Village, Lakewood Towne Center, Northgate North, Davis Towne Crossing, Fullerton Metrocenter, The Shops at Boardwalk, Cranberry Square, Tollgate Marketplace, Gateway Village, Towson Circle, Gateway Plaza, Plaza at Marysville, Forks Town Center, Reisterstown Road Plaza and Boulevard at Capital Centre.

(C) Total pro forma adjustments for acquisitions consummated as of September 1, 2004 are as though the properties were acquired January 1, 2003. No pro forma adjustments were made for Eckerd - Edmond or Eckerd - Norman as the properties were completed in 2003 and there were no significant operations prior to our acquisition. No pro forma adjustments were made for Eckerd - Greer, Eckerd - Kill Devil Hills, Eckerd - Columbia, Eckerd - Crossville, Shoppes at Prominence Point, Low Country Village, Shoppes at Dallas, Kohl's - Wilshire Plaza III, Dorman Center - Phase II, Academy Sports - Houma or Village Shoppes at Simonton, as the properties were completed in 2004 and there were no significant operations in 2003. No pro forma adjustments were made related to the Pacheo Pass and Quakertown notes receivable as the properties were completed in 2004 and there were no significant operations prior to our funding of the notes receivable.

F-62

\<Page\>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
NOTES TO PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS
FOR THE YEAR ENDED DECEMBER 31, 2003 (CONTINUED)
(UNAUDITED)

\<Table\>
\<Caption\>

|  | Gross Income and Direct Operating Expenses (1) | Pro Forma Adjustments | Total Pro Forma Adjustments |
|---|---|---|---|
| \<S\> | \<C\> | \<C\> | \<C\> |
| Rent | $   15,341,227 | (447,919) | 14,893,308 |
| Additional Rent | 2,145,340 | - | 2,145,340 |
| Total Income | 17,486,567 | (447,919) | 17,038,648 |
| Advisor Fee | - | - | - |
| Property operating | 3,953,821 | - | 3,953,821 |
| Management fee | - | 755,933 | 755,933 |
| Interest expense | - | 5,926,138 | 5,926,138 |
| Depreciation | - | 5,725,549 | 5,725,549 |
| Amortization | - | 979,290 | 979,290 |
| Total Expenses | 3,953,821 | 13,386,910 | 17,340,731 |
| Net Income (loss) | $   13,532,746 | (13,834,829) | (302,083) |

\</Table\>

(1) Unaudited combined gross income and direct operating expenses based on information provided by the Seller for the following properties:

Stony Creek Marketplace, Shaw's Supermarket (New Britain), Alison's Corner, Manchester Meadows, Governor's Marketplace, Mitchell Ranch Plaza, and The Columns.

(D) The advisor asset management fee is expected to be subordinated to the shareholders' receipt of a stated return thus no amount is reflected.

(E) Buildings and improvements will be depreciated on a straight line basis based upon estimated useful lives of 30 years for building and improvements and 15 years for site improvements. That portion of the purchase price that is allocated to above or below lease intangibles will be amortized on a straight line basis over the life of the related leases as an adjustment to rental income. Other leasing costs, tenant improvements and in-place lease intangibles will be amortized on a straight line basis over the life of the related leases as a component of amortization expense.

(F) The pro forma weighted average shares of common stock outstanding for the year ended December 31, 2003 was calculated using the additional shares sold to purchase each of the properties on a weighted average basis plus the 20,000 shares purchased by the Advisor in connection with our organization.

(G) Management fees are calculated as 4.5% of gross revenues pursuant to the management agreement.

(H) The value of the acquired leases will be amortized over the lease term.

F-63

\<Page\>

INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.
NOTES TO PRO FORMA CONSOLIDATED STATEMENT OF OPERATIONS