IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM et al., )<br><br>Plaintiffs, )<br>v. )<br>)<br>THE INLAND GROUP, INC., et al., )<br>)<br>Defendants. )<br>) | Case No: 07 C 6174<br><br>Judge Robert W. Gettleman |

## KPMG LLP'S NOTIFICATION AS TO
## AFFILIATES PURSUANT TO LOCAL RULE 3.2

Pursuant to Local Rule 3.2 of the General Rules of the United States District Court for the Northern District of Illinois, Defendant KPMG LLP hereby discloses that it has no publicly held affiliates, as that term is defined in Rule 3.2.

Dated: July 18, 2008

Respectfully submitted,

KPMG LLP

By: /s/ John J. Tharp, Jr.
One of Its Attorneys

Jonathan C. Medow
James C. Shroeder
John J. Tharp, Jr.
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637
(312) 782-0600
(312) 701-7711 (fax)

*Attorneys for KPMG LLP*

## CERTIFICATE OF SERVICE

John J. Tharp, Jr., an attorney, certifies that on this 18th day of July, 2008, a copy of the foregoing NOTIFICATION AS TO AFFILIATES PURSUANT TO LOCAL RULE 3.2 was filed electronically.  Notice of this filing will be sent to the parties by Electronic Court Filing system and by messenger to the following:

Lawrence P. Kolker
Wolf Haldenstein Adler Freeman & Herz LLC
55 West Monroe Street
Suite 1111
Chicago, IL 60603

/s/ John J. Tharp, Jr.
John J. Tharp, Jr.