**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6174 |

City of St. Clair Shores General Employees Retirement System v. Inland Western Retail Real Estate Trust, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Kenneth H. Beard; Paul R. Gauvreau; Gerald M. Gorski; Barbara A. Murphy

| |
|---|
| NAME (Type or print) |
| Richard B. Kapnick |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Richard B. Kapnick |
| FIRM   Sidley Austin LLP |
| STREET ADDRESS   One South Dearborn |
| CITY/STATE/ZIP   Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6183762 | (312) 853-7846 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. |
| RETAINED COUNSEL              APPOINTED COUNSEL |