UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

City of St. Clair Shores General Employees Retirement System, et al.

        Plaintiff,

v.        Case No.: 1:07−cv−06174
        Honorable Robert W. Gettleman

Inland Western Retail Real Estate, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendant KPMG's agreed motion for extension of time [47] to 8/15/208 to answer ro otherwise plead to the amended complaint is granted. Motion hearing held on 7/22/2008 on said motion. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.