IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., *et al.*, <br><br> Defendants. | Case No. 07 C 6174 <br><br> Judge Robert W. Gettleman |

**DEFENDANT KPMG LLP'S MOTION TO DISMISS
PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT
AND DERIVATIVE ACTION**

Pursuant to Fed. R. Civ. P. 12(b)(6), defendant KPMG LLP ("KPMG"), by its attorneys, hereby moves to dismiss Counts I and IV of Plaintiffs' Amended Class Action Complaint and Derivative Action, the only counts against KPMG, for failure to plead particular facts giving rise to a strong inference of scienter, as required by the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(2), and for failure to satisfy the pleading requirements of Fed. R. Civ. P. 9(b).

In support of this motion, KPMG files an accompanying memorandum.

August 15, 2008                              Respectfully submitted,

                                             s/ John J. Tharp, Jr.
                                             Jonathan C. Medow
                                             John J. Tharp, Jr.
                                             James C. Schroeder
                                             Stephen Sanders
                                             MAYER BROWN LLP
                                             71 S. Wacker Dr.
                                             Chicago, IL  60606
                                             (312)782-0600

                                             Attorneys for Defendant KPMG LLP