## CERTIFICATE OF SERVICE

      John J. Tharp, Jr., an attorney, certifies that on August 15, 2008, a copy of the foregoing NOTICE OF MOTION, DEFENDANT KPMG LLP'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT AND DERIVATIVE ACTION, and DEFENDANT KPMG LLP'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS were filed electronically. Notice of these filings will be sent to the parties by the Electronic Court Filing system, and by messenger to the following:

Lawrence P. Kolker
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
55 West Monroe St.
Chicago, IL  60603

                                                      s/ John J. Tharp, Jr.
                                                       John J. Tharp, Jr.