IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.,<br><br>            Plaintiffs,<br><br>v.<br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., *et al.*,<br><br>            Defendants. | Case No. 07 C 6174<br><br>Judge Robert W. Gettleman |

**NOTICE OF MOTION**

TO:    Lawrence P. Kolker
          Wolf Adelstein Hadler Friedman & Herz
          55 W. Monroe Street, Suite 1111
          Chicago, Illinois 60603

PLEASE TAKE NOTICE, that on Thursday, August 21, 2008 at 9:15 a.m., we shall appear before Judge Gettleman in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **DEFENDANT KPMG LLP'S MOTION TO DISMISS & MEMORANDUM IN SUPPORT THEREOF,** copies of which are hereby served upon you.

Dated: August 15, 2008                    Respectfully submitted,

                                                KPMG LLP

                                                By:   /s/ John J. Tharp, Jr.
                                                        One of its Attorneys

Jonathan C. Meadow
John J. Tharp, Jr.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 782-0600