# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

City of St. Clair Shores General Employees
Retirement System, et al.

|  |  |
|---|---|
|  | Plaintiff, |
| v. | Case No.: 1:07−cv−06174 |
|  | Honorable Robert W. Gettleman |
| Inland Western Retail Real Estate, Inc., et al. |  |
|  | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

      MINUTE entry before the Honorable Robert W. Gettleman: Presentation of defendant KPMG's motion to dismiss is re−set to 8/28/2008 at 09:15 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.