UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br>　　　　　　　　Plaintiff, <br><br>v. <br><br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP , AND WILLIAM BLAIR & COMPANY, L.L.C, <br><br>　　　　　　　　Defendants. | **CASE NO. 07 C 6174** |

**INDEX OF EXHIBITS TO LEAD PLAINTIFFS' MEMORANDUM IN OPPOSITION TO WILLIAM BLAIR & COMPANY L.L.C.'S MOTION TO DISMISS COUNTS I AND IV**

| *Exhibit Number* | *Description* |
|---|---|
| Exhibit 1A | Highlighted Excerpt from September 10, 2007 Schedule 14A Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934 ("Proxy"): Pages i – v |
| Exhibit 1B | Highlighted Excerpt from Proxy: Pages 6 – 9 |
| Exhibit 1C | Highlighted Excerpt from Proxy: Pages 14 – 23 |
| Exhibit 1D | Highlighted Excerpt from Proxy: Pages 47 – 57 |
| Exhibit 2A | Merrill Lynch Retention Agreement, Exhibit A to *Massey* Complaint [Doc. 1], Case No. 1:04-cv-01049 (USDC SD Ill.) |
| Exhibit 2B | Merrill Lynch Opinion, Exhibit B to *Massey* Complaint [Doc. 1], Case No. 1:04-cv-01049 (USDC SD Ill.) |