UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Themselves and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc., <br><br> Plaintiff, <br><br> v. <br><br> INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL A. GOODWIN, ROBERT A. BAUM, G. JOSEPH COSENZA, KPMG LLP , AND WILLIAM BLAIR & COMPANY, L.L.C, <br><br> Defendants. | **CASE NO. 07 C 6174** |

**INDEX OF EXHIBITS TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE NON-KPMG/WILLIAM BLAIR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

| Exhibit A | Second Amended and Restated Advisory Agreement |
| --- | --- |
| Exhibit B | Excerpt from Inland REIT's Annual Report for year ended Dec. 31, 2006 |
| Exhibit C | Second Amended and Restated Articles of Incorporation |