# EXHIBIT B

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
FORM 10-K

X    ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
FOR THE FISCAL YEAR ENDED DECEMBER 31, 2006

☐    TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM    TO

COMMISSION FILE NUMBER: 000-51199

# Inland Western Retail Real Estate Trust, Inc.
(Exact name of registrant as specified in its charter)

| Maryland | 42-1579325 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

2901 Butterfield Road, Oak Brook, Illinois  60523
(Address of principal executive offices)(Zip Code)

630-218-8000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class: | Name of each exchange on which registered: |
|---|---|
| None | None |

Securities registered pursuant to Section 12(g) of the Act:
Title of each class:
Common stock, $.001 par value per share

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes ☐    No X

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15 (d) of the Act.
Yes ☐    No X

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to the filing requirements for at least the past 90 days.
Yes X    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  [ X ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer (See definition of "accelerated filer" in Rule 12b-2 of the Exchange Act).
Large accelerated filer X    Accelerated filer ☐    Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes ☐ No X

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of June 30, 2006 (the last business day of the registrant's most recently completed second fiscal quarter) was $4,417,341,560.

As of February 23, 2007, there were 488,366,255 shares of common stock outstanding.

Documents Incorporated by Reference:  Portions of the Registrant's proxy statement for the annual shareholders meeting to be held in 2007 are incorporated by reference in Part III, Items 10, 11, 12, 13 and 14.

**INLAND WESTERN RETAIL REAL ESTATE TRUST, INC.**
(A Maryland Corporation)

Schedule III (continued)
Real Estate and Accumulated Depreciation

December 31, 2006

Notes:

(A) The initial cost to the Company represents the original purchase price of the property, including amounts incurred subsequent to acquisition which were contemplated at the time the property was acquired.

(B) The aggregate cost of real estate owned at December 31, 2006 for Federal income tax purposes was approximately $7,409,725 (unaudited).

(C) Adjustments to basis include payments received under master lease agreements as well as additional tangible costs associated with the investment properties, including any earnout of tenant space.

(D) Reconciliation of real estate owned:

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Balance at January 1 | $ 6,648,954 | 3,229,617 | 122,720 |
| Purchases of property (1) | 664,677 | 3,643,446 | 3,308,732 |
| Payments received under master leases | (7,659) | (6,805) | (3,025) |
| Acquired in-place lease intangibles and customer relationship value | (39,636) | (269,773) | (241,286) |
| Acquired above market lease intangibles | (3,568) | (22,078) | (42,303) |
| Acquired below market lease intangibles (1) | (4,302) | 74,547 | 84,779 |
| Balance at December 31 | $ 7,258,466 | 6,648,954 | 3,229,617 |

(E) Reconciliation of accumulated depreciation:

|  | 2006 | 2005 | 2004 |
|---|---|---|---|
| Balance at January 1 | $ 183,643 | 36,290 | 140 |
| SAB 108 cumulative effect adjustment (Note 2) | (851) | - | - |
| Depreciation expense | 202,564 | 147,353 | 36,150 |
| Write-off of tenant improvements | (34) | - | - |
| Balance at December 31 | $ 385,322 | 183,643 | 36,290 |

(1) 2006 additions include adjustments to building and improvements and below market lease intangibles related to the cumulative effect of the adoption of SAB 108, as described in Note 2 to the consolidated financial statements.

-84-