# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6174 | **DATE** | 8/28/2008 |
| **CASE TITLE** | City of St. Clair Shores    vs    Inland Western Retail | | |

**DOCKET ENTRY TEXT:**

Response to defendant KPMG's motion to dismiss is due by 9/19/2008. Leave is granted to file a consolidated brief in excess of 15 pages. Defendant's reply is due by 10/3/2008.

[Docketing to mail notice]

00:07

| | Courtroom Deputy | GDS |
|---|---|---|