## CERTIFICATE OF SERVICE

I, Kimberly M. Donaldson, an attorney, hereby certify that on August 21, 2008, I caused **Lead Plaintiffs' Memorandum In Opposition To KPMG LLP's Motion To Dismiss,** to be filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division. Notice of this filing will be sent electronically to the following parties by operation of the Court's electronic filing system. Parties and interested persons may access this filing through the Court's system

| | |
|---|---|
| Jerold S. Solovy<br>James L. Thompson<br>Anthony C. Porcelli<br>JENNER & BLOCK, LLP<br>330 N. Wabash Avenue<br>Chicago, IL 60611<br>(312) 222-9350<br>(312) 527-0484 | Harold C. Hirshman<br>SONNENSCHEIN NATH &<br>ROSENTHAL LLP<br>7800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606-6404<br>Telephone: (312) 876-8000<br>Fax: (312) 876-7934 |
| Samuel B. Isaacson<br>Joseph E. Collins<br>DLA Piper US LLP<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>Telephone: (312) 368-4000<br>Facsimile: (312) 236-7516 | Richard B. Kapnick<br>Courtney A. Rosen<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, Illinois 60603<br>Telephone: (312) 853-7000<br>Fax: (312) 853-7036 |
| James C. Schroeder<br>John Joseph Tharp, Jr.<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606 | Jonathan C. Medow<br>PERKINS COIE LLP<br>131 South Dearborn Street<br>Suite 1700<br>Chicago, IL 60603 |

/s/ Kimberly M. Donaldson