**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CITY OF ST. CLAIR SHORES GENERAL EMPLOYEES RETIREMENT SYSTEM and MADISON INVESTMENT TRUST, On behalf of Itself and All Others Similarly Situated, and Derivatively On behalf of Inland Western Retail Real Estate Trust, Inc.,<br>Plaintiffs,<br>v.<br>INLAND WESTERN RETAIL REAL ESTATE TRUST, INC., INLAND REAL ESTATE INVESTMENT CORPORATION; THE INLAND GROUP, INC., INLAND WESTERN RETAIL REAL ESTATE ADVISORY SERVICES, INC., INLAND SOUTHWEST MANAGEMENT CORP., INLAND NORTHWEST MANAGEMENT CORP., INLAND WESTERN MANAGEMENT CORP., ROBERT D. PARKS, BRENDA G. GUJRAL, FRANK A. CATALANO, JR., KENNETH H. BEARD, PAUL R. GAUVREAU, GERALD M. GORSKI, BARBARA A. MURPHY, STEVEN P. GRIMES, DANIEL L. GOODWIN, ROBERT H. BAUM, G. JOSEPH COSENZA, KPMG LLP, AND WILLIAM BLAIR & COMPANY, L.L.C.,<br>Defendants. | Case No. 07 C 6174<br>Judge Robert W. Gettleman |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

1. Co-Lead Plaintiffs City of St. Clair Shores General Employees' Retirement System ("CSCS") and Madison Investment Trust ("Madison") hereby move the Court for entry of Final Judgment and an order: (1) approving of the proposed class action settlement of this Action on the terms set forth in the Stipulation of Settlement dated July 14, 2010; (2) granting certification of the Settlement Class; and (3) awarding attorneys' fees and reimbursement of expenses in the amount of $10 million.

2. This motion is based upon: (i) the Stipulation of Settlement and all Exhibits attached thereto; (ii) Plaintiffs' Memorandum In Support Of Plaintiffs' Motion For Final Approval of Settlement and Certification Of Settlement Class; (iii) Plaintiffs' Memorandum In Support Of Plaintiffs' Motion For Award of Attorneys' Fees and Reimbursement of Expenses; (iv) the Declaration of Kimberly M. Donaldson in Support of Plaintiffs' Motion for Final Approval of Settlement, Certification Of Settlement Class, and Award of Attorneys' Fees and Reimbursement of Expenses; and all Exhibits attached thereto, which Exhibits include the [Proposed] Final Judgment and [Proposed] Order Approving an Award of Attorneys' Fees and Reimbursement of Expenses; (v) all other pleadings and matters of record; and (vi) such additional evidence or argument as may be presented at the hearing.

3. Pursuant to the terms of the Stipulation of Settlement, Defendants do not oppose this Motion.

**WHEREFORE** it is respectfully requested the Court enter the Final Judgment and Proposed Order granting an Award of Attorneys' Fees and Reimbursement of Expenses, which are attached as Exhibits E and F, respectively, to the Declaration of Kimberly M. Donaldson in Support of Plaintiffs' Motion for Final Approval of Settlement, Certification Of Settlement Class, and Award of Attorneys' Fees and Reimbursement of Expenses.

Dated: October 11, 2010

Respectfully submitted,

**CHIMICLES & TIKELLIS LLP**

_/s/ Kimberly M. Donaldson_
Nicholas E. Chimicles
Kimberly M. Donaldson
Kimberly L. Kimmel
One Haverford Centre
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC**

*/s/ Adam J. Levitt*
Adam J. Levitt
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001
Email: levitt@whafh.com

Lawrence A. Sucharow
Joseph Sternberg
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Lawrence P. Kolker
Alexander Schmidt
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, New York 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

***Co-Lead Counsel***